1
2
3
4
5
6

Kirk A. Pasich (SNB 94242)
pasichk@dicksteinshapiro.com
Cassandra S. Franklin (SBN 119408)
franklinc@dicksteinshapiro.com
Julia K. Holt (SBN 221291)
holtjulia@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

7

Attorneys for Defendants

8

9

## UNITED STATES DISTRICT COURT

10

## CENTRAL DISTRICT OF CALIFORNIA

11

12
13

EMPLOYERS INSURANCE OF WAUSAU
and NATIONAL CASUALTY COMPANY,

Case No. CV08-6647 DDP (PLAx)
(Hon. Dean D. Pregerson)

14

Plaintiffs,

**THE FOX AND NEW WORLD
DEFENDANTS' ANSWER TO
INSURERS' SECOND
AMENDED COMPLAINT**

15

vs.

16
17
18
19
20

NEWS CORPORATION; FOX
ENTERTAINMENT GROUP, INC.;
TWENTIETH CENTURY FOX FILM
CORPORATION; TWENTIETH CENTURY
FOX INTERNATIONAL TELEVISION,
INC.; NEW WORLD TELEVISION,
PRODUCTIONS, INC.; NEW WORLD
ENTERTAINMENT, LTD.; and HISCOX,
INC.,

Complaint Filed:    October 9, 2008
Trial Date:  None

21

Defendants.

22

23

Defendants News Corporation ("News Corp."), Fox Entertainment Group, Inc.

24

("Fox Entertainment"), Twentieth Century Fox Film Corporation ("Fox Film"),

25

Twentieth Century Fox International Television, Inc. ("Fox TV"), New World

26

Television Productions, Inc. ("New World TV"), and New World Entertainment, Ltd

27

28

DICKSTEIN
SHAPIRO LLP

1

DOCSLA-36330v07

("New World Entertainment")[1] hereby answer for themselves alone and for no other party, the Second Amended Complaint ("SAC") of Employers Insurance of Wausau ("Employers") and National Casualty Company ("National Casualty") for Declaratory Relief pursuant to 28 U.S.C. section 2201 by admitting, denying, and alleging as follows:

## ANSWER TO INTRODUCTION ALLEGATIONS

1.     Answering paragraph 1 of the SAC, the Fox and New World Defendants admit that Plaintiffs purport to seek declaratory relief in connection with the Policies and that claims were asserted against the Fox and New World Defendants in a purported class action entitled *Nathan East v. Twentieth Century Fox Film Corporation.,* Case No. CV04-4920 in the United States District Court for the Central District of California ("the *East* lawsuit").  Except as expressly admitted herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraph 1 of the SAC insofar as they relate to the Fox and New World Defendants; as to all other allegations of paragraph 1 of the SAC, the Fox and New World Defendants are without knowledge or information sufficient to form a belief as to the truth of those allegations and on that ground deny the allegations generally and specifically.

2.     Answering paragraph 2 of the SAC, the Fox and New World Defendants admit that the *East* lawsuit was filed on or about July 6, 2004.  The Fox and New World Defendants further admit that the *East* lawsuit purported to state claims against certain of the Fox and New World Defendants for infringement of copyright.  The Fox and New World Defendants further allege that the complaint in the *East* lawsuit speaks for itself and refer to the complaint in the *East* lawsuit for its complete and specific allegations.  Except as expressly admitted and alleged herein,

---

[1] News Corp., Fox Entertainment, Fox Film, and Fox TV are sometimes collectively referred to as the "Fox Defendants."  New World TV and New World Entertainment are sometimes collectively referred to as the "New World Defendants."

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DICKSTEIN
SHAPIRO LLP

DOCSLA-36330v07

1   the New World and Fox Defendants deny generally and specifically the allegations

2   contained in paragraph 2 of the SAC insofar as they relate to the Fox and New World

3   Defendants; as to all other allegations of paragraph 2, the Fox and New World

4   Defendants are without knowledge or information sufficient to form a belief as to the

5   truth of those allegations and on that ground deny the allegations generally and

6   specifically.

7          3.       Answering paragraph 3 of the SAC, the Fox and New World

8   Defendants admit that the policies contain terms and conditions and that those terms

9   and conditions may bear on coverage under the policies.  The Fox and New World

10  Defendants also allege that their copies of certain of the policies are missing

11  substantial portions and therefore the Fox and New World Defendants further allege

12  that the complete form of the policies is uncertain at this time.  However, the Fox and

13  New World Defendants allege that the policies mentioned speak for themselves and

14  refer to the policies for their complete terms, conditions, exclusions, endorsements,

15  and all other provisions.  Except as expressly admitted and alleged herein, the Fox and

16  New World Defendants deny generally and specifically the allegations contained in

17  paragraph 3.

18         4.       Answering paragraph 4 of the SAC, the Fox and New World

19  Defendants note that the allegations of paragraph 4 state a purely legal conclusion and

20  on that basis deny generally and specifically each and every allegation contained in

21  paragraph 4.  Furthermore, the Fox and New World Defendants deny that New York

22  law applies to this insurance coverage action and allege that California law applies

23  instead.

24         5.       Answering paragraph 5 of the SAC, the Fox and New World

25  Defendants note that the allegations of paragraph 5 state a purely legal conclusion and

26  on that basis deny generally and specifically each and every allegation contained in

27  paragraph 5.  Furthermore, the Fox and New World Defendants deny that New York

1  law applies to this insurance coverage action and allege that California law applies

2  instead.

3         6.       Answering paragraph 6 of the SAC, the Fox and New World

4  Defendants deny each and every allegation contained in this paragraph.

5         7.       Answering paragraph 7 of the SAC, the Fox and New World

6  Defendants admit that the Fox Defendants are not named insureds under the

7  referenced policies and further allege that the policies speak for themselves regarding

8  what entities are listed as "Named Insureds."  The Fox and New World Defendants

9  also allege that their copies of certain of the policies are missing substantial portions

10  and therefore the Fox and New World Defendants further allege that the complete

11  form of the policies is uncertain at this time.  However, the Fox and New World

12  Defendants allege that the policies mentioned speak for themselves and refer to the

13  policies for their complete terms, conditions, exclusions, endorsements, and all other

14  provisions.  Except as expressly admitted and alleged herein, the Fox and New World

15  Defendants deny generally and specifically the allegations contained in paragraph 7.

16         8.       Answering paragraph 8 of the SAC, the Fox and New World

17  Defendants are without knowledge or information sufficient to form a belief as to the

18  truth of the allegations contained therein and on that ground deny generally and

19  specifically each and every allegation of paragraph 8.

20         9.       Answering paragraph 9 of the SAC, the Fox and New World

21  Defendants deny each and every allegation contained in paragraph 9 insofar as it

22  relates to the period after the 1997 merger.  Insofar as the allegations of paragraph 9

23  relate to the period before the 1997 merger, the Fox and New World Defendants are

24  without knowledge or information sufficient to form a belief as to the truth of those

25  allegations and on that ground deny the allegations generally and specifically.

26         10.      Answering paragraph 10 of the SAC, the Fox and New World

27  Defendants deny each and every allegation contained in this paragraph.

28

4

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

## ANSWER TO PARTY ALLEGATIONS

11.      Answering paragraph 11 of the SAC, Defendants are informed and believe and on that basis admit that National Casualty is an insurance company incorporated in the state of Wisconsin with its principal place of business in Scottsdale, Arizona.  Except as expressly admitted herein, the Fox and New World Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the SAC and on that ground deny each and every allegation generally and specifically.

12.      Answering paragraph 12 of the SAC, the Fox and New World Defendants are informed and believe and on that basis admit that Wausau is an insurance company with its home office and principal place of business in Wausau, Wisconsin.  Except as expressly admitted herein, the Fox and New World Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the SAC and on that ground deny each and every allegation generally and specifically.

13.      Answering paragraph 13 of the SAC, the Fox and New World Defendants admit that News Corp. is a parent corporation to the Fox and New World Defendants as well as a Delaware corporation with its principal place of business at 1211 Avenue of the Americas, New York, New York 10036 and, for purposes of the court's assessment of potential disqualification in the *East* lawsuit only, that News Corp. had a pecuniary interest in the outcome of the *East* lawsuit.  Except as expressly admitted herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraph 13.

14.      Answering paragraph 14 of the SAC, the Fox and New World Defendants admit that Fox Entertainment is a parent corporation of the Fox and New World Defendants and that, for purposes of the court's assessment of potential disqualification in the *East* lawsuit only, Fox Entertainment had a pecuniary interest in

1    the outcome of the *East* lawsuit.  Except as expressly admitted herein, the Fox and

2    New World Defendants deny generally and specifically the allegations contained in

3    paragraph 14.

4           15.    Answering paragraph 15 of the SAC, the Fox and New World

5    Defendants admit that Fox Film is a Delaware corporation with its principal place of

6    business in Los Angeles, California and that Fox Film is a subsidiary of Fox

7    Entertainment.  The Fox and New World Defendants further admit that Fox Film has

8    offices in New York City and creates, produces, distributes, and markets motion

9    pictures and television shows worldwide, including in New York.  Except as expressly

10   admitted herein, the Fox and New World Defendants deny generally and specifically

11   the allegations contained in paragraph 15.

12          16.    Answering paragraph 16 of the SAC, the Fox and New World

13   Defendants admit that Fox TV (which the Fox and New World Defendants assume for

14   purposes of this Answer is incorrectly identified by Plaintiffs in paragraph 16 of the

15   SAC as "Twentieth Century Fox International, Inc.") is a New York corporation with

16   its principal place of business in Los Angeles, California and that Fox TV is an

17   indirect subsidiary of Fox Entertainment.  Except as expressly admitted herein, the

18   Fox and New World Defendants deny generally and specifically the allegations

19   contained in paragraph 16.

20          17.    Answering paragraph 17 of the SAC, the Fox and New World

21   Defendants admit that New World TV is a California corporation with its principal

22   place of business in Los Angeles, CA.  Except as expressly admitted herein, the Fox

23   and New World Defendants deny generally and specifically the allegations contained

24   in paragraph 17.

25          18.    Answering paragraph 18 of the SAC, the Fox and New World

26   Defendants admit that New World Entertainment is a Delaware corporation with its

27   current principal place of business in Los Angeles, CA. Except as expressly admitted

DICKSTEIN
SHAPIRO LLP    28

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DOCSLA-36330v07

herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraph 18.

19.     Answering paragraph 19 of the SAC, the Fox and New World Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and on that ground deny generally and specifically each and every allegation of paragraph 19.

## ANSWER TO JURISDICTION AND VENUE ALLEGATIONS

20.     Answering paragraph 20 of the SAC, the Fox and New World Defendants admit that the Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. section 1332.

21.     Answering paragraph 21 of the SAC, the Fox and New World Defendants allege that a change in venue has occurred in this case since this allegation was made in the SAC.  As such, the Fox and New World Defendants allege that venue in this district is proper pursuant to 28 U.S.C. 1391(a).  Except as expressly alleged herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraph 21.

## ANSWER TO BACKGROUND ALLEGATIONS

22.     Answering paragraph 22 of the SAC, Defendants admit that Wausau issued a Media Special Perils Policy No. LSW 003741 which was a renewal of Policy No. LSW 001210.  The Fox and New World Defendants further admit that the policies contain terms and conditions and that those terms and conditions may bear on coverage under the policies.  The Fox and New World Defendants also allege that their copies of certain of the policies are missing substantial portions and therefore the Fox and New World Defendants further allege that the complete form of the policies is uncertain at this time.  However, the Fox and New World Defendants allege that the policies mentioned speak for themselves and refer to the policies for their complete terms, conditions, exclusions, endorsements, and all other provisions.  Except as

DICKSTEIN
SHAPIRO LLP

DOCSLA-36330v07

1   expressly admitted and alleged herein, the Fox and New World Defendants deny

2   generally and specifically the allegations contained in paragraph 22.

3        23.      Answering paragraph 23 of the SAC, the Fox and New World

4   Defendants admit that National Casualty issued a Media Special Perils Policy No. LS

5   002108 which was a renewal of Policy No. LSW 003741.  The Fox and New World

6   Defendants further admit that the policies contain terms and conditions and that those

7   terms and conditions may bear on coverage under the policies.  The Fox and New

8   World Defendants also allege that their copies of certain of the policies are missing

9   substantial portions and therefore the Fox and New World Defendants further allege

10  that the complete form of the policies is uncertain at this time.  However, the Fox and

11  New World Defendants allege that the policies mentioned speak for themselves and

12  refer to the policies for their complete terms, conditions, exclusions, endorsements,

13  and all other provisions.  Except as expressly admitted and alleged herein, the Fox and

14  New World Defendants deny generally and specifically the allegations contained in

15  paragraph 23.

16       24.      Answering paragraph 24 of the SAC, the Fox and New World

17  Defendants admit that National Casualty issued a Media Special Perils Policy No. LS

18  004947 which was a renewal of Policy No. LSW 002108.  The Fox and New World

19  Defendants further admit that the policies contain terms and conditions and that those

20  terms and conditions may bear on coverage under the policies.  The Fox and New

21  World Defendants also allege that their copies of certain of the policies are missing

22  substantial portions and therefore the Fox and New World Defendants further allege

23  that the complete form of the policies is uncertain at this time.  However, the Fox and

24  New World Defendants allege that the policies mentioned speak for themselves and

25  refer to the policies for their complete terms, conditions, exclusions, endorsements,

26  and all other provisions.  Except as expressly admitted and alleged herein, the Fox and

27  New World Defendants deny generally and specifically the allegations contained in

28

DICKSTEIN
SHAPIRO LLP

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DOCSLA-36330v07

1   paragraph 24.

2       25.     Answering paragraph 25 of the SAC, Defendants admit that National

3   Casualty issued a Media Special Perils Policy No. LS 005451 which was a renewal of

4   Policy No. LS 004947.  The Fox and New World Defendants further admit that the

5   policies contain terms and conditions and that those terms and conditions may bear on

6   coverage under the policies.  The Fox and New World Defendants also allege that

7   their copies of certain of the policies are missing substantial portions and therefore the

8   Fox and New World Defendants further allege that the complete form of the policies

9   is uncertain at this time.  However, the Fox and New World Defendants allege that the

10  policies mentioned speak for themselves and refer to the policies for their complete

11  terms, conditions, exclusions, endorsements, and all other provisions.  Except as

12  expressly admitted and alleged herein, the Fox and New World Defendants deny

13  generally and specifically the allegations contained in paragraph 25.

14      26.     Answering paragraph 26 of the SAC, the New World and Fox

15  Defendants lack knowledge or information sufficient to form a belief as to the truth of

16  the allegations contained therein and on that ground deny each and every allegation in

17  paragraph 26.

18      27.     Answering paragraph 27 of the SAC, the New World and Fox

19  Defendants lack knowledge or information sufficient to form a belief as to the truth of

20  the allegations contained therein and on that ground deny each and every allegation in

21  paragraph 27.

22      28.     Answering paragraph 28 of the SAC, the Fox and New World

23  Defendants allege that the New World Defendants are insureds under the policies,

24  entitled to all the rights of insureds under the policies, including coverage for the *East*

25  lawsuit, by virtue of their status as subsidiaries of Andrews Group and SCI Television

26  at various points in time, among other reasons.  Except as expressly alleged herein, the

27  Fox and New World Defendants deny generally and specifically the allegations

1  contained in paragraph 28.

2      29.      Answering paragraph 29 of the SAC, the Fox and New World

3  Defendants allege that Emily Caron of Media Professional Insurance ("Media/Pro")

4  sent an e-mail to Randy Kender requesting certain information on October 19, 2005.

5  The Fox and New World Defendants allege that the e-mail speaks for itself and refer

6  to the e-mail for its complete content. Except as expressly alleged herein, the Fox and

7  New World Defendants deny generally and specifically the allegations contained in

8  paragraph 29.

9      30.      Answering paragraph 30 of the SAC, the Fox and New World

10  Defendants allege that Randy Kender sent an email dated November 17, 2005 to

11  Emily Caron, concerning a merger.  The Fox and New World Defendants further

12  allege that this email speaks for itself and refer to the email for its complete content.

13  Except as expressly alleged herein, the Fox and New World Defendants deny

14  generally and specifically the allegations contained in paragraph 30.

15      31.      Answering paragraph 31 of the SAC, The Fox and New World

16  Defendants admit that Randy Kender sent a letter dated February 10, 2006, to Emily

17  Caron concerning a merger.  The Fox and New World Defendants allege that this

18  letter speaks for itself and refer to the letter for its complete content.  Except as

19  expressly admitted herein, the Fox and New World Defendants deny generally and

20  specifically the allegations contained in paragraph 31.

21      32.      Answering paragraph 32 of the SAC, the Fox and New World

22  Defendants admit that Randy Kender's February 10, 2006, letter to Emily Caron,

23  contained certain attachments.  The Fox and New World Defendants allege that these

24  attachments speak for themselves and refer to the attachments for their complete

25  content.  Except as expressly admitted herein, the Fox and New World Defendants

26  deny generally and specifically the allegations contained in paragraph 32.

27      33.      Answering paragraph 33 of the SAC, the Fox and New World

28

DICKSTEIN
SHAPIRO LLP

10

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

1    Defendants admit that Randy Kender's February 10, 2006, letter to Emily Caron,

2    contained certain attachments.  The Fox and New World Defendants allege that these

3    attachments speak for themselves and refer to the attachments for their complete

4    content.  Except as expressly admitted herein, the Fox and New World Defendants

5    deny generally and specifically the allegations contained in paragraph 33.

6    　　　　34.　　　Answering paragraph 34 of the SAC, the Fox and New World

7    Defendants admit that a Merger Agreement exists between The News Corporation

8    Limited, Fox Television Stations, Inc., Fox Acquisition Co., Inc., and New World

9    Communications Group Incorporated, dated September 24, 1996.  The Fox and New

10   World Defendants further admit that this Merger Agreement references a Stock

11   Purchase Agreement.  Except as admitted herein, the Fox and New World Defendants

12   are without knowledge or information sufficient to form a belief as to the truth of the

13   allegations contained therein and on that ground deny generally and specifically each

14   and every allegation of paragraph 34.

15   　　　　35.　　　Answering paragraph 35 of the SAC, the Fox and New World

16   Defendants admit that a Section 9.4 of the Merger Agreement exists and is entitled

17   "Governing Law," and that it contains identical or substantially similar language to

18   the excerpt quoted in paragraph 35.  Except as expressly admitted herein, the Fox and

19   New World Defendants are without knowledge or information sufficient to form a

20   belief as to the truth of the allegations contained therein and on that ground deny

21   generally and specifically each and every allegation of paragraph 35.

22   　　　　36.　　　Answering paragraph 36 of the SAC, the Fox and New World

23   Defendants allege that a Section 9.4 to a Stock Purchase Agreement between The

24   News Corporation Limited, Fox Television Stations, Inc., and New World

25   Communications Group Incorporated, dated September 24, 1996, exists and is entitled

26   "Governing Law."  The Fox and New World Defendants further admit that the

27   "Governing Law" section in the Stock Purchase Agreement contains substantially

1    similar, though not identical, language as the "Governing Law" excerpt from the

2    Merger Agreement quoted in paragraph 35.  Except as expressly admitted herein, the

3    Fox and New World Defendants are without knowledge or information sufficient to

4    form a belief as to the truth of the allegations contained therein and on that ground

5    deny generally and specifically each and every allegation of paragraph 36.

6         37.     Answering paragraph 37 of the SAC, Defendants allege that Fox TV

7    and Fox Film are among the successors-in-interest to certain insureds and/or named

8    insureds under the policies, including SCI Television, Inc., Andrews Group, New

9    World Communications Group, Inc., and Mafco Holdings.  Except as expressly

10   alleged herein, the Fox and New World Defendants deny generally and specifically

11   the allegations contained in paragraph 37.

12        38.     Answering paragraph 38 of the SAC, the Fox and New World

13   Defendants deny generally and specifically each and every allegation contained in

14   paragraph 38.

15        39.     Answering paragraph 39 of the SAC, the Fox and New World

16   Defendants deny generally and specifically each and every allegation contained in

17   paragraph 39.

18        40.     Answering paragraph 40 of the SAC, the Fox and New World

19   Defendants deny generally and specifically each and every allegation contained in

20   paragraph 40.

21        41.     Answering paragraph 41 of the SAC, the Fox and New World

22   Defendants allege that certain Fox and New World entities brought an insurance

23   coverage action against National and Employers in March 2006, captioned *New World*

24   *Television Productions, Inc. v. National Casualty Co.*, United States District Court for

25   the Central District of California Case No. CV 06-2489 (the "*New World* coverage

26   action") and that this action is currently pending before this Court.  Except as

27   expressly alleged herein, the Fox and New World Defendants deny generally and

28

1  specifically the allegations contained in paragraph 41.

2      42.      Answering paragraph 42 of the SAC, the Fox and New World

3  Defendants allege that they currently have in their possession, custody, and control

4  copies of portions of the policies.  Except as expressly alleged herein, the Fox and

5  New World Defendants deny generally and specifically the allegations contained in

6  paragraph 42.

7      43.      Answering paragraph 43 of the SAC, the Fox and New World

8  Defendants admit that the policies contain terms and conditions and that those terms

9  and conditions may bear on coverage under the policies.  The Fox and New World

10 Defendants also allege that their copies of certain of the policies are missing

11 substantial portions and therefore the Fox and New World Defendants further allege

12 that the complete form of the policies is uncertain at this time.  However, the Fox and

13 New World Defendants allege that the policies mentioned speak for themselves and

14 refer to the policies for their complete terms, conditions, exclusions, endorsements,

15 and all other provisions.  Except as expressly admitted and alleged herein, the Fox and

16 New World Defendants deny generally and specifically the allegations contained in

17 paragraph 43.

18     44.      Answering paragraph 44 of the SAC, the Fox and New World

19 Defendants allege that their copies of certain of the policies are missing substantial

20 portions and therefore the Fox and New World Defendants further allege that the

21 complete form of the policies is uncertain at this time.  However, the Fox and New

22 World Defendants allege that the policies mentioned speak for themselves and refer to

23 the policies for their complete terms, conditions, exclusions, endorsements, and all

24 other provisions.  Except as expressly alleged herein, the Fox and New World

25 Defendants deny generally and specifically the allegations contained in paragraph 44.

26     45.      Answering paragraph 45 of the SAC, the Fox and New World

27 Defendants are without knowledge or information sufficient to form a belief as to the

28

DICKSTEIN
SHAPIRO LLP

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DOCSLA-36330v07

1   truth of the allegations contained therein and on that ground deny generally and

2   specifically each and every allegation of paragraph 45.

3       46.     Answering paragraph 46 of the SAC, the Fox and New World

4   Defendants deny generally and specifically each and every allegation contained in

5   paragraph 46.

6       47.     Answering paragraph 47 of the SAC, the Fox and New World

7   Defendants allege that their copies of certain of the policies are missing substantial

8   portions and therefore the Fox and New World Defendants further allege that the

9   complete form of the policies is uncertain at this time.  However, the Fox and New

10   World Defendants allege that the policies mentioned speak for themselves and refer to

11   the policies for their complete terms, conditions, exclusions, endorsements, and all

12   other provisions.  Except as expressly alleged herein, the Fox and New World

13   Defendants deny generally and specifically the allegations contained in paragraph 47.

14       48.     Answering paragraph 48 of the SAC, the Fox and New World

15   Defendants admit that a letter dated November 12, 2003, from Aeone Watson's

16   attorney to Pomerantz and Ybarra discussed purported copyright infringement arising

17   out of the alleged inclusion of Ms. Watson's copyrighted musical compositions in the

18   television program *Santa Barbara*.  The Fox and New World Defendants further

19   allege that this letter speaks for itself and refer to the letter for its complete contents.

20   Except as expressly admitted and alleged herein, the Fox and New World Defendants

21   deny generally and specifically the allegations contained in paragraph 48 of the SAC.

22       49.     Answering paragraph 49 of the SAC, the Fox and New World

23   Defendants admit that on or about July 6, 2004, the *East* lawsuit was filed in the

24   United States District court of the Central District of California (Western Division—

25   Los Angeles) and that the *East* lawsuit purported to be a class action.  The Fox and

26   New World Defendants further admit that they were served with the complaint in the

27   *East* lawsuit on or about July 7, 2004.  Except as expressly admitted herein, the Fox

1    and New World Defendants deny generally and specifically the allegations contained

2    in paragraph 49 of the SAC.

3              50.      Answering paragraph 50 of the SAC, the Fox and New World

4    Defendants admit that the *East* lawsuit purported to state claims for, among other

5    things, damages, injunctive relief, statutory damages, and attorneys fees in connection

6    with alleged copyright infringement.  The Fox and New World Defendants further

7    allege that the complaint in the *East* lawsuit speaks for itself and refer to the complaint

8    in the *East* lawsuit for all its language and allegations.  Except as expressly admitted

9    and alleged herein, the Fox and New World Defendants deny generally and

10   specifically the allegations contained in paragraph 50.

11             51.      Answering paragraph 51 of the SAC, the Fox and New World

12   Defendants allege that the complaint in the *East* lawsuit speaks for itself and refer to

13   the complaint in the *East* lawsuit for all its language and allegations.  Except as

14   expressly alleged herein, the Fox and New World Defendants deny generally and

15   specifically the allegations contained in paragraph 51.

16             52.      Answering paragraph 52 of the SAC, the Fox and New World

17   Defendants are without knowledge or information sufficient to form a belief as to the

18   truth of the allegations contained therein and on that ground deny generally and

19   specifically each and every allegation of paragraph 52.

20             53.      Answering 53 of the SAC, the Fox and New World Defendants allege

21   that the answer in the *East* lawsuit speaks for itself and refer to the answer in the *East*

22   lawsuit for all its language and allegations.  Except as expressly alleged herein, the

23   Fox and New World Defendants deny generally and specifically the allegations

24   contained in paragraph 53 of the SAC.

25             54.      Answering paragraph 54 of the SAC, the Fox and New World

26   Defendants allege that the disclosures mentioned in this paragraph speak for

27   themselves and refer to the mentioned disclosures in the *East* lawsuit for all their

1    language and allegations.  Except as expressly alleged herein, the Fox and New World

2    Defendants deny generally and specifically the allegations contained in paragraph 54.

3         55.      Answering paragraph 55 of the SAC, the Fox and New World

4    Defendants admit that on December 8, 2004, the court in the *East* lawsuit approved a

5    schedule providing that class discovery would be concluded by June 24, 2005 and

6    allege that a class certification motion was due to be filed by July 11, 2005.  Except as

7    expressly admitted and alleged herein, the Fox and New World Defendants deny

8    generally and specifically the allegations contained in paragraph 55.

9         56.      Answering paragraph 56 of the SAC, the Fox and New World

10   Defendants admit that a letter dated March 9, 2005, from the law firm of Sidley

11   Austin (purporting to represent the Major Music Companies) was sent via facsimile to

12   Randy Kender and Xanath Owens regarding purported copyright infringement in the

13   TV series *Santa Barbara*. The Fox and New World Defendants allege that this letter

14   speaks for itself and refer to the letter for its complete contents.  Except as expressly

15   admitted and alleged herein, the Fox and New World Defendants deny generally and

16   specifically the allegations contained in paragraph 56.

17        57.      Answering paragraphs 57-58 of the SAC, the Fox and New World

18   Defendants allege that the *East* lawsuit was filed on or about July 7, 2004 and that Fox

19   Film, Fox TV, New World TV, and New World Entertainment answered the

20   purported class action complaint in the *East* lawsuit on or about September 20, 2004.

21   As noted above, the Fox and New World Defendants also allege that a letter dated

22   November 12, 2003, from Aeone Watson's attorney to Pomerantz and Ybarra

23   discussed purported copyright infringement arising out of the alleged inclusion of Ms.

24   Watson's copyrighted musical compositions in the television program *Santa Barbara*.

25   The Fox and New World Defendants further allege that a letter dated March 9, 2005,

26   from the law firm of Sidley Austin (purporting to represent the Major Music

27   Companies) was sent via facsimile to Randy Kender and Xanath Owens regarding

DICKSTEIN 28
SHAPIRO LLP

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DOCSLA-36330v07

1   purported copyright infringement in the TV series *Santa Barbara*.  The Fox and New

2   World Defendants allege that, on or about May 17, 2005, certain of them notified

3   Employers and National, through Employers and National's authorized representative

4   Media/Professional Insurance, of the *East* lawsuit, and of the fact that Fox Film, Fox

5   TV, New World TV, and New World Entertainment had been sued in the *East*

6   lawsuit.  Additionally, the Fox and New World Defendants allege that this notice was

7   given as soon as the Fox and New World Defendants became aware of Employers'

8   and National's identities and the policies' numbers.  Accordingly, the Fox and New

9   World Defendants allege that this notice was timely and reasonable under the

10  circumstances.  Except as expressly alleged herein, the Fox and New World

11  Defendants deny generally and specifically the allegations contained in paragraphs 57-

12  58.

13        58.      Answering paragraph 59 of the SAC, the Fox and New World

14  Defendants admit that on February 21, 2008, the court in the *East* lawsuit dismissed

15  that action pursuant to a settlement.  Except as expressly admitted herein, the Fox and

16  New World Defendants deny generally and specifically the allegations contained in

17  paragraph 59.

18        59.      Answering paragraph 60 of the SAC, the Fox and New World

19  Defendants admit that a letter dated on November 16, 1989, from attorneys purporting

20  to represent Jean-Michel Jarre to New World Entertainment discussed purported

21  copyright infringement arising out of the alleged inclusion of certain musical

22  compositions in the TV program *Santa Barbara*.  The Fox and New World

23  Defendants allege that this letter speaks for itself, and refer to the letter for its

24  complete contents.  The Fox and New World Defendants further allege that the letter

25  mentioned in this paragraph is irrelevant to the claims for relief made in the SAC and

26  to the claims for relief in the related "*New World* coverage action" also pending in this

27  Court.  Except as expressly admitted and alleged herein, the Fox and New World

1   Defendants deny generally and specifically the allegations contained in paragraph 60.

2         60.      Answering paragraph 61 of the SAC, the Fox and New World

3   Defendants admit that the complaint in the mentioned *Jarre* lawsuit was filed on or

4   about January 24, 1990, and refer to that complaint for its complete language and

5   allegations.  The Fox and New World Defendants further allege that the complaint

6   mentioned in this paragraph is irrelevant to the claims for relief made in the SAC and

7   to the claims for relief in the related "*New World* coverage action" also pending in this

8   Court.  Except as expressly admitted and alleged herein, the Fox and New World

9   Defendants deny generally and specifically the allegations contained in paragraph 61.

10         61.      Answering paragraph 62 of the SAC, the Fox and New World

11   Defendants admit that the complaint in the mentioned *Franklin* lawsuit was filed on or

12   about December 17, 2002, and refer to that complaint for its complete language and

13   allegations.  The Fox and New World Defendants further allege that the complaint

14   mentioned in this paragraph is irrelevant to the claims for relief made in the SAC and

15   to the claims for relief in the related "*New World* coverage action" also pending in this

16   Court.  Except as expressly admitted and alleged herein, the Fox and New World

17   Defendants deny generally and specifically the allegations contained in paragraph 62.

18         62.      Answering paragraph 63 of the SAC, the Fox and New World

19   Defendants allege that a diligent and thorough investigation was conducted in

20   response to discovery requests in the *Franklin* lawsuit.  The Fox and New World

21   Defendants further admit that a settlement was reached in the *Franklin* lawsuit on or

22   about September 22, 2003 and that it was subsequently dismissed.  Except as

23   expressly alleged and admitted herein, the Fox and New World Defendants deny

24   generally and specifically the allegations contained in paragraph 62.

25         63.      Answering paragraph 64 of the SAC, the Fox and New World

26   Defendants are without knowledge or information sufficient to form a belief as to the

27   truth of the allegations contained therein and on that ground deny generally and

28

DICKSTEIN
SHAPIRO LLP

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DOCSLA-36330v07

1    specifically each and every allegation of paragraph 64.

2          64.      Answering paragraph 65 of the SAC, the Fox and New World

3 Defendants are without knowledge or information sufficient to form a belief as to the

4 truth of the allegations contained therein and on that ground deny generally and

5 specifically each and every allegation of paragraph 65.

6          65.      Answering paragraph 66 of the SAC, the Fox and New World

7 Defendants deny generally and specifically each and every allegation contained in

8 paragraph 66.

9                   **<u>ANSWER TO FIRST CLAIM FOR RELIEF</u>**

10          66.      Answering paragraph 67 of the SAC, the Fox and New World

11 Defendants hereby reallege and incorporate by reference as though fully set forth

12 herein, their denials, allegations, and admissions answering the allegations of the SAC

13 contained in paragraphs 1 through 66 above.

14          67.      Answering paragraph 68 of the SAC, the Fox and New World

15 Defendants allege that the policies contain terms and conditions, including provisions

16 regarding notice.  The Fox and New World Defendants also allege that their copies of

17 certain of the policies are missing substantial portions and therefore the Fox and New

18 World Defendants further allege that the complete form of the policies is uncertain at

19 this time.  However, the Fox and New World Defendants allege that the policies

20 mentioned speak for themselves and refer to the policies for their complete terms,

21 conditions, exclusions, endorsements, and all other provisions.  Except as expressly

22 alleged herein, the Fox and New World Defendants deny generally and specifically

23 the allegations contained in paragraph 68.

24          68.      Answering paragraph 69 of the SAC, the Fox and New World

25 Defendants deny generally and specifically each and every allegation contained in

26 paragraph 69.

27          69.      Answering paragraph 70 of the SAC, the Fox and New World

28

DICKSTEIN
SHAPIRO LLP

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DOCSLA-36330v07

Defendants deny generally and specifically each and every allegation contained in paragraph 70.

70.      Answering paragraph 71 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 71.

71.      Answering paragraph 72 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 72.

72.      Answering paragraph 73 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 73.

## ANSWER TO SECOND CLAIM FOR RELIEF

73.      Answering paragraph 74 of the SAC, the Fox and New World Defendants hereby reallege and incorporate by reference as though fully set forth herein, their denials, allegations, and admissions answering the allegations of the SAC contained in paragraphs 1 through 72 above.

74.      Answering paragraphs 75-76 of the SAC, the Fox and New World Defendants allege that the policies contain terms and conditions, including provisions regarding the duty to cooperate.  The Fox and New World Defendants also allege that their copies of certain of the policies are missing substantial portions and therefore the Fox and New World Defendants further allege that the complete form of the policies is uncertain at this time.  However, the Fox and New World Defendants allege that the policies mentioned speak for themselves and refer to the policies for their complete terms, conditions, exclusions, endorsements, and all other provisions.  Except as expressly admitted and alleged herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraphs 75-76.

75.      Answering paragraph 77 of the SAC, the Fox and New World

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DICKSTEIN
SHAPIRO LLP

DOCSLA-36330v07

Defendants deny generally and specifically each and every allegation contained in paragraph 77.

76.     Answering paragraph 78 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 78.

77.     Answering paragraph 79 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 79.

## ANSWER TO THIRD CLAIM FOR RELIEF

78.     Answering paragraph 80 of the SAC, the Fox and New World Defendants hereby reallege and incorporate by reference as though fully set forth herein, their denials, allegations, and admissions answering the allegations of the SAC contained in paragraphs 1-77 above.

79.     Answering paragraph 81 of the SAC, the Fox and New World Defendants allege that the policies contain terms and conditions.  The Fox and New World Defendants also allege that their copies of certain of the policies are missing substantial portions and therefore the Fox and New World Defendants further allege that the complete form of the policies is uncertain at this time.  However, the Fox and New World Defendants allege that the policies mentioned speak for themselves and refer to the policies for their complete terms, conditions, exclusions, endorsements, and all other provisions.  Except as expressly admitted and alleged herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraph 81.

80.     Answering paragraph 82 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 82.

81.     Answering paragraph 83 of the SAC, the Fox and New World

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DICKSTEIN
SHAPIRO LLP

DOCSLA-36330v07

Defendants allege that the policies contain terms and conditions.  The Fox and New World Defendants also allege that their copies of certain of the policies are missing substantial portions and therefore the Fox and New World Defendants further allege that the complete form of the policies is uncertain at this time.  However, the Fox and New World Defendants allege that the policies mentioned speak for themselves and refer to the policies for their complete terms, conditions, exclusions, endorsements, and all other provisions.  Except as expressly admitted and alleged herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraph 83.

82.     Answering paragraph 84 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 84.

## ANSWER TO FOURTH CLAIM FOR RELIEF

83.     Answering paragraph 85 of the SAC, the Fox and New World Defendants hereby reallege and incorporate by reference as though fully set forth herein, their denials, allegations, and admissions answering the allegations of the SAC contained in paragraphs 1 through 82 above.

84.     Answering paragraph 86 of the SAC, the Fox and New World Defendants allege that the policies contain terms and conditions and may contain exclusions.  The Fox and New World Defendants also allege that their copies of certain of the policies are missing substantial portions and therefore the Fox and New World Defendants further allege that the complete form of the policies is uncertain at this time.  However, the Fox and New World Defendants allege that the policies mentioned speak for themselves and refer to the policies for their complete terms, conditions, exclusions, endorsements, and all other provisions.  Except as expressly alleged herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraph 86.

22

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DOCSLA-36330v07

85.     Answering paragraph 87 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 87.

86.     Answering paragraph 88 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 88.

## ANSWER TO FIFTH CLAIM FOR RELIEF

87.     Answering paragraph 89 of the SAC, the Fox and New World Defendants hereby reallege and incorporate by reference as though fully set forth herein, their denials, allegations, and admissions answering the allegations of the SAC contained in paragraphs 1-86 above.

88.     Answering paragraph 90 of the SAC, the Fox and New World Defendants allege that Fox Film, Fox TV, New World TV, and New World Entertainment have sought coverage for the *East* lawsuit under the policies.  Except as expressly alleged herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraph 90.

89.     Answering paragraph 91 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 91.

90.     Answering paragraph 92 of the SAC, the Fox and New World Defendants admit that a letter dated February 10, 2006, from Randy Kender to Emily Caron of Media/Pro discusses a merger and the Fox and New World Defendants further allege that the policies provide coverage for Fox Film, Fox TV, New World TV and New World Entertainment in connection with the *East* lawsuit.  The Fox and New World Defendants also allege that their copies of certain of the policies are missing substantial portions and therefore the Fox and New World Defendants further allege that the complete form of the policies is uncertain at this time.  However, the

Fox and New World Defendants allege that the policies mentioned speak for themselves and refer to the policies for their complete terms, conditions, exclusions, endorsements, and all other provisions. Except as expressly admitted and alleged herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraph 92.

91.    Answering paragraph 93 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 93.

92.    Answering paragraph 94 of the SAC, the Fox and New World Defendants admit that on February 21, 2008, the court in the *East* lawsuit dismissed that action pursuant to a settlement. The Fox and New World Defendants also allege that Employers and National have thus far refused to fund any portion of the settlement of the *East* lawsuit. Except as expressly admitted and alleged herein, the Fox and New World Defendants deny generally and specifically the allegations contained in paragraph 94.

93.    Answering paragraph 95 of the SAC, the Fox and New World Defendants allege that, starting at least on or about February 28, 2003, Syndicate 33 at Lloyd's, London (managed by Hiscox Syndicates Ltd.) insured Fox Entertainment and certain other Defendants, and further, indemnified certain Defendants in connection with the settlement of the *East* lawsuit. The Fox and New World Defendants also allege that a letter dated November 7, 2007, from Nicole Goodwin to Alan Yuter exists. The Fox and New World Defendants further allege that the November 7, 2007, letter speaks for itself and refer to the letter for its complete contents. Except as expressly alleged herein, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 95.

94.    Answering paragraph 96 of the SAC, the Fox and New World Defendants allege that deny generally and specifically each and every allegation

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DICKSTEN 28
SHAPIRO LLP

DOCSLA-36330v07

1    contained in paragraph 96.

2        95.      Answering paragraph 97 of the SAC, the Fox and New World

3    Defendants deny generally and specifically each and every allegation contained in

4    paragraph 97.

5        96.      Answering paragraph 98 of the SAC, the Fox and New World

6    Defendants deny generally and specifically each and every allegation contained in

7    paragraph 98.

8    ## ANSWER TO SIXTH CLAIM FOR RELIEF

9        97.      Answering paragraph 99 of the SAC, the Fox and New World

10   Defendants hereby reallege and incorporate by reference as though fully set forth

11   herein, their denials, allegations, and admissions answering the allegations of the SAC

12   contained in paragraphs 1-96 above.

13       98.      Answering paragraph 100 of the SAC, the Fox and New World

14   Defendants deny generally and specifically the allegations contained in paragraph 100

15   of the SAC insofar as they relate to the Fox and New World Defendants; as to all

16   other allegations of paragraph 100 of the SAC, the Fox and New World Defendants

17   are without knowledge or information sufficient to form a belief as to the truth of

18   those allegations and on that ground deny the allegations generally and specifically.

19       99.      Answering paragraph 101 of the SAC, the Fox and New World

20   Defendants deny generally and specifically the allegations contained in paragraph 101

21   of the SAC insofar as they relate to the Fox and New World Defendants; as to all

22   other allegations of paragraph 101 of the SAC, the Fox and New World Defendants

23   are without knowledge or information sufficient to form a belief as to the truth of

24   those allegations and on that ground deny the allegations generally and specifically.

25       100.     Answering paragraph 102 of the SAC, the Fox and New World

26   Defendants deny generally and specifically each and every allegation contained in

27   paragraph 102.

28

101.   Answering paragraph 103 of the SAC, the Fox and New World Defendants deny generally and specifically each and every allegation contained in paragraph 103.

### RESPONSE TO PRAYER FOR RELIEF

102.   Answering the prayer of the SAC, the Fox and New World Defendants deny that Plaintiffs are entitled to any of the forms of relief or remedies sought against the Fox and/or New World Defendants, or to any other form of relief or remedy that may be sought against the Fox and/or New World Defendants.

### AFFIRMATIVE DEFENSES

In light of the fact that discovery in this matter is not complete, Defendants reserve the right to amend this Answer upon completion of such investigation and/or discovery, including its right to add or withdraw the affirmative defenses set forth below.  Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

103.   The SAC, and the claims for relief alleged therein, fail to allege facts sufficient to state a claim upon which relief may be granted against the Fox and/or New World Defendants under any theory.

### SECOND AFFIRMATIVE DEFENSE
### (Unclean Hands)

104.   Plaintiff is barred from maintaining its SAC and the claims for relief alleged therein because of Plaintiff's unclean hands and/or the doctrine of *in pari delicto*.

### THIRD AFFIRMATIVE DEFENSE
### (Uncertainty)

105.   The SAC, and the claims for relief presented therein, are vague,

1   ambiguous and uncertain.

2   **FOURTH AFFIRMATIVE DEFENSE**

3   **(Willful Misconduct)**

4   106.   Plaintiffs are barred from recovery by virtue of their contributory and

5   willful misconduct in and about the matters complained of in that the aforesaid

6   misconduct of Plaintiffs proximately caused the occurrence of the alleged acts and

7   damages, if any, sustained thereby.

8   **FIFTH AFFIRMATIVE DEFENSE**

9   **(Bad Faith/Malicious Prosecution on the Part of Plaintiffs)**

10   107.   Plaintiff's SAC, and each claim for relief alleged therein, are barred

11   against Defendants because the SAC was brought in bad faith in an attempt to deprive

12   Defendants of their choice of California forum in the related action in the United

13   States District Court for the Central District of California, *New World Television*

14   *Productions, Inc. v. National Casualty Co.* case no. CV06-2489 DDP (PLAx), in

15   which they are plaintiffs.

16   **SIXTH AFFIRMATIVE DEFENSE**

17   **(One Who Seeks Equity Must Do Equity)**

18   108.   No relief may be obtained under the SAC by reason of Plaintiff's own

19   inequitable conduct with respect to the matters alleged in the SAC.

20   **EIGTH AFFIRMATIVE DEFENSE**

21   **(Performance)**

22   109.   To the extent required, the Fox and New World Defendants have

23   performed all obligations on their part to be performed under the relevant Policies

24   except as prevented or excused by the conduct of Plaintiffs.

25   **NINTH AFFIRMATIVE DEFENSE**

26   **(Failure of Performance/Tender)**

27   110.   Plaintiffs failed to perform or tender performance of their obligations

DICKSTEIN   28
SHAPIRO LLP

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DOCSLA-36330v07

1   under the Policies and, accordingly, Plaintiffs' claims against the Fox and New World

2   Defendants are barred as a matter of law.

### TENTH AFFIRMATIVE DEFENSE

### (Course of Dealing)

5   111.    Plaintiffs' claims are barred by their course of dealing and course of

6   conduct both prior to and after entering into the contracts constituting the Policies.

### ELEVENTH AFFIRMATIVE DEFENSE

### (Good Faith)

9   112.    The Fox and New World Defendants' actions and statements

10  complained of in Plaintiffs' SAC were made in good faith, honestly and not

11  maliciously.

### TWELFTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

14  113.    Any declaratory judgment or recovery of other relief as sought by

15  Plaintiffs would constitute an unjust enrichment of Plaintiffs by allowing them to

16  retain premiums without paying the required insurance benefits, and is therefore

17  barred.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (Breach of the Implied Covenant)

20  114.    Any declaratory judgment or recovery of other relief as sought by

21  Plaintiffs is barred because Plaintiffs breached the implied covenant of good faith and

22  fair dealing.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (Improper Termination of the Policies)

25  115.    Any recovery of relief by Plaintiffs pursuant to the Policies is barred

26  because Plaintiff has, after the commencement of this litigation, improperly attempted

27  to terminate and rescind the Policies.

# **PRAYER**

WHEREFORE, Defendants pray for judgment against Plaintiff as follows:

1.     That Plaintiffs take nothing by their Second Amended Complaint and each and every claim for relief contained therein;

2.     That the Second Amended Complaint by Plaintiffs on file herein be dismissed with prejudice;

3.     For judgment in favor of Defendants and against Plaintiffs be entered on each of the claims for relief alleged in Plaintiffs' Second Amended Complaint;

4.     That Defendants be awarded their costs of suit and reasonable attorneys' fees incurred herein as allowed by law;

5.     That Defendants recover from Plaintiffs their costs of suit; and

6.     For such other, further and/or different relief as may be deemed just and proper.

DATED: December 9, 2008          DICKSTEIN SHAPIRO LLP


By: _____
Cassandra S. Franklin
Attorneys for Defendants

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DICKSTEIN
SHAPIRO LLP

DOCSLA-36330v07

## **DEMAND FOR JURY TRIAL**

The Fox and New World Defendants hereby demand a trial by jury.

DATED:  December 9, 2008        DICKSTEIN SHAPIRO LLP


By: _____
        Cassandra S. Franklin
        Attorneys for Defendants

ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

DICKSTEIN
SHAPIRO LLP

DOCSLA-36330v07