ALAN B. YUTER (SBN 101534)
RACHEL E. HOBBS (SBN 186424)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525
Email: ayuter@selmanbreitman.com
       rhobbs@selmanbreitman.com

Attorneys for Plaintiffs and
Defendants-In-Intervention
EMPLOYERS INSURANCE OF WAUSAU
and NATIONAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>NEWS CORPORATION; FOX ENTERTAINMENT GROUP, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; et al.<br><br>Defendants. | CASE NO. 2:08-CV-06647-DDP (PLAx)<br><br>CERTIFICATE OF INTERESTED PARTIES [Pursuant to Local Rule 7.1-1]<br><br>Judge: Hon. Dean Pregerson<br><br>Complaint filed      : 07/09/08<br>Complaint transferred : 10/09/08<br>Tr  Trial Date       : 05/18/10 |
| SYNDICATE 33 33 AT LLOYD'S, LONDON,<br><br>Intervenor,<br><br>v.<br><br>EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY, NATIONAL CASUALTY COMPANY, and MEDIA/PROFESSIONAL INSURANCE,<br><br>Defendants-in-Intervention. | CASE NO. 2:08-CV-06647-DDP (PLAx) |

1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

NOTICE IS HEREBY GIVEN that the undersigned, counsel of record for plaintiffs and defendants-in-intervention EMPLOYERS INSURANCE OF WAUSAU and NATIONAL CASUALTY COMPANY certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations enable the court to evaluate possible disqualification or recusal.

1. NATIONWIDE INSURANCE COMPANY – parent corporation of NATIONAL CASUALTY COMPANY.

Dated: July 2, 2009

SELMAN BREITMAN LLP

By: /s/ Rachel C. Hobbs
ALAN B. YUTER
RACHEL C. HOBBS
Attorneys for Plaintiffs and Defendants-In-Intervention
EMPLOYERS INSURANCE OF WAUSAU AND NATIONAL CASUALTY COMPANY