1  ALAN B. YUTER (SBN 101534)
   RACHEL E. HOBBS (SBN 186424)
2  SELMAN BREITMAN LLP
   11766 Wilshire Boulevard, Sixth Floor
3  Los Angeles, CA  90025
   Telephone:  (310) 445-0800
4  Facsimile:  (310) 473-2525
   Email:   ayuter@selmanbreitman.com
5           rhobbs@selmanbreitman.com
   Attorneys for Plaintiffs
6  EMPLOYERS INSURANCE OF WAUSAU
   and NATIONAL CASUALTY COMPANY
7  and FINANCIAL & PROFESSIONAL
   RISK SOLUTIONS, INC.,
8  formerly known as
   MEDIA/PROFESSIONAL INSURANCE
9  AGENCY, INC.

10

11                 UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  EMPLOYERS INSURANCE OF            CASE NO. 2:08-CV-06647-DDP
15  WAUSAU; and NATIONAL CASUALTY                 (PLAx)
    COMPANY
16
17          Plaintiffs,             STIPULATION TO CONTINUE TRIAL
                                    AND PRE-TRIAL DATES TO
18      v.                          ACCOMMODATE FURTHER DISCOVERY
19
    NEWS CORPORATION; FOX
20  ENTERTAINMENT GROUP, INC.;      Judge: Hon. Dean D. Pregerson
    TWENTIETH CENTURY FOX FILM
21  CORPORATION; et al.
22                                  Amended Comp. filed : 07/31/08
        Defendants.                 Comp. transferred   : 10/09/08
23  ─────────────────────────       Trial Date          : 01/18/11
    SYNDICATE 33 AT LLOYD'S,
24  LONDON,
25          Intervenor,
26      v.
27  EMPLOYERS INSURANCE OF
    WAUSAU; and NATIONAL CASUALTY
28

59313.1  380.21688

COMPANY, NATIONAL CASUALTY
COMPANY, and
MEDIA/PROFESSIONAL INSURANCE,

        Defendants-in-
        Intervention.

      Employers Insurance of Wausau and National Casualty Company (collectively "National"); defendants News Corporation, Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth Century Fox International Television, Inc., New World Television Productions, Inc., New World Entertainment, Ltd. (collectively "Fox and New World") and Hiscox Inc.; intervenor Syndicate 33 at Lloyd's, London ("Syndicate 33") and defendant-in-intervention Financial & Professional Risk Solutions, Inc., formerly known as Media/Professional Insurance Agency, Inc. ("Financial"), **HEREBY STIPULATE**, by and through their respective counsel, as follows:

      **WHEREAS**, in late 2008, National filed an appeal with respect to the New York District Court's order transferring the instant action from the New York District Court to the California District Court ("*Second Circuit Appeal*");

      **WHEREAS**, this action was in abeyance pending the resolution of the Second Circuit Appeal, since the appeal could have resulted in a transfer of the case back to the New York District Court;

      **WHEREAS**, the Second Circuit Appeal was not resolved with finality until late 2009, when the Second Circuit dismissed the appeal and denied National's petition for rehearing;

2

2:08-CV-06647-DDP (PLAx)

59313.1  380.21688

DOCSLA-50154v01

**WHEREAS**, the parties did not commence active litigation of this matter until after the issuance of the Second Circuit's order disposing of the appeal;

**WHEREAS**, discovery in the case has proven complex and voluminous, and the parties agree that they are in need of additional time to complete their respective discovery;

**WHEREAS**, due to the delay occasioned by the Second Circuit Appeal, the deadlines set forth in this Court's September 25, 2009 Scheduling Order do not afford the parties sufficient time to complete their respective discovery and/or associated law and motion;

**WHEREAS**, the parties are in agreement that the pre-trial and trial deadlines should be continued to accommodate ongoing discovery;

**THE PARTIES HEREBY STIPULATE** that the pre-trial and trial deadlines should be continued by approximately 90 days as follows, or as otherwise suitable to the Honorable Dean Pregerson's schedule:

| DESCRIPTION | CURRENT DEADLINE PER 9/25/09 SCHEDULING ORDER | REQUESTED CONTINUED DEADLINE |
|---|---|---|
| Last Day for Completion of Written Discovery | 05/14/10 | 8/16/10 |
| Last Day for Completion of Depositions | 06/15/10 | 9/16/10 |

3

2:08-CV-06647-DDP (PLAx)

DOCSLA-50154v01

59313.1 380 21688

| | | |
|---|---|---|
| Last Day for Disclosure of Expert Witnesses | 06/21/10 | **9/21/10** |
| Last Day for Disclosure of Rebuttal Expert Witnesses | 07/20/10 | **10/21/10** |
| Last Day for Completion of Expert Depositions | 09/20/10 | **12/20/10** |
| Discovery Cut-Off | 09/20/10 | **12/20/10** |
| Last Day to File Motions | 10/26/10 | **1/31/11** |
| Final Pre-Trial Conference | 1/10/2011 at 11:00 a.m. | **4/18/11 at 11:00 a.m.** |
| 6-Day Jury Trial | 1/18/11 at 9:00 a.m. | **4/26/11 at 9 a.m.** |

**IT IS SO STIPULATED.**

Dated: March __, 2010          SELMAN BREITMAN LLP

By: _Rachel C. Hobbs_

ALAN B. YUTER
RACHEL C. HOBBS
Attorneys for WAUSAU, NATIONAL
AND FINANCIAL & PROFESSIONAL

Selman Breitman LLP
ATTORNEYS AT LAW

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

4

2:08-CV-06647-DDP (PLAx)

59313.1 380.21688

DOCSLA-50154v01

1    Dated: March 1, 2010       DICKSTEIN SHAPIRO LLP

2

3                            By: _____

4                               CASSANDRA FRANKLIN
                              Attorneys for FOX and NEW WORLD

5

6    Dated: March 1, 2010       CLYDE & CO US LLP

7

8                            By: _____

9                               W. ANDREW MILLER
                              Attorneys for SYNDICATE 33 and
                              HISCOX INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:08-CV-06647-DDP (PLAx)
DOCSLA-50154v01

Selman Breitman LLP
ATTORNEYS AT LAW

9313.1 380.21688