UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY<br><br>        Plaintiffs,<br><br>    v.<br><br>NEWS CORPORATION; FOX ENTERTAINMENT GROUP, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; et al.<br><br>        Defendants. | CASE NO.<br><br>CV 08-06647 DDP (PLAx)<br><br><br>ORDER CONTINUING TRIAL AND PRE-TRIAL DATES PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>Judge: Hon. Dean D. Pregerson |
| SYNDICATE 33 AT LLOYD'S, LONDON,<br><br>        Intervenor,<br><br>    v.<br><br>EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY, NATIONAL CASUALTY COMPANY, and MEDIA/PROFESSIONAL INSURANCE,<br><br>        Defendants-in-Intervention. | |

Selman Breitman LLP
ATTORNEYS AT LAW

459314.1  380.21688

2:08-CV-06647-DDP (PLAx)

HAVING DULY CONSIDERED the Stipulation of counsel, the Court hereby ADJUDGES, DECREES and ORDERS as follows:

The pending discovery deadlines and trial related dates regarding the within matter are **HEREBY CONTINUED** as follows:

| DESCRIPTION | DEADLINE |
|---|---|
| Last Day for Completion of Written Discovery | **8/16/10** |
| Last Day for Completion of Depositions | **9/16/10** |
| Last Day for Disclosure of Expert Witnesses | **9/21/10** |
| Last Day for Disclosure of Rebuttal Expert Witnesses | **10/21/10** |
| Last Day for Completion of Expert Depositions | **12/20/10** |
| Discovery Cut-Off | **12/20/10** |
| Last Day to File Motions | **1/31/11** |
| Final Pre-Trial Conference | **4/18/11 at 11:00 a.m.** |
| 6-Day Jury Trial | **4/26/11 at 9 a.m.** |

**IT IS SO ORDERED.**

March 04, 2010
DATED                       Hon. DEAN D. PREGERSON
                            U.S. DISTRICT JUDGE

2

2:08-CV-06647-DDP (PLAx)

459314.1  380.21688