ALAN B. YUTER (SBN 101534)
RACHEL E. HOBBS (SBN 186424)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025
Telephone:   (310) 445-0800
Facsimile:   (310) 473-2525
Email:   ayuter@selmanbreitman.com
         rhobbs@selmanbreitman.com
Attorneys for Plaintiffs
EMPLOYERS INSURANCE OF WAUSAU
and NATIONAL CASUALTY COMPANY
and FINANCIAL & PROFESSIONAL
RISK SOLUTIONS, INC., formerly
known as MEDIA/PROFESSIONAL
INSURANCE AGENCY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY<br><br>    Plaintiffs,<br><br>   v.<br><br>NEWS CORPORATION; FOX ENTERTAINMENT GROUP, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; et al.<br><br>    Defendants. | CASE NO. 2:08-CV-06647-DDP (PLAx)<br><br>DECLARATION OF RACHEL HOBBS IN RESPONSE TO FOX'S OBJECTION TO THE TIMELINESS OF THE DECLARATION OF STAN HOWARD OFFERED IN SUPPORT OF WAUSAU AND NATIONAL'S PORTION OF THE JOINT STIPULATION REGARDING FOX'S MOTION TO COMPEL FURTHER RESPONSES REGARDING RESERVES AND REINSURANCE |
| SYNDICATE 33 AT LLOYD'S, LONDON,<br><br>    Intervenor,<br><br>   v.<br><br>EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY, NATIONAL CASUALTY COMPANY, and MEDIA/PROFESSIONAL INSURANCE,<br><br>    Defendants-in-Intervention. | [Referred to Magistrate Judge Paul L. Abrams]<br><br>Date :   November 9, 2010<br>Time :   **9:00 a.m.** (advanced from original time of 10:00 a.m.)<br>Courtroom: G—9th Floor<br><br>Amended Comp. filed : 07/31/08<br>Comp. transferred  : 10/09/08<br>Trial Date        : 07/26/11 |

Selman Breitman LLP
ATTORNEYS AT LAW

1

2

3     I, RACHEL E. HOBBS, declare as follows:

4     1.   I am an attorney duly licensed before all of the courts

5 of the State of California and the U.S. District Courts in

6 California. I am of Counsel with the law firm of Selman

7 Breitman, LLP, counsel for EMPLOYERS INSURANCE OF WAUSAU AND

8 NATIONAL CASUALTY COMPANY in the above-entitled matter. I have

9 personal knowledge of the following and, if called upon as a

10 witness, I could and would testify competently to facts set forth

11 in this declaration.

12     2.   On November 4, 2010, shortly before the hearing date of

13 the pending Motion to Compel, Fox belatedly filed Objections to

14 the Declaration of Stan Howard that Wausau and National filed

15 regarding their portion of the Joint Stipulation. Fox objected

16 to the Howard Declaration on the ground that, *inter alia*, it was

17 ostensibly untimely under Local Rule 37-2.2. This Declaration is

18 submitted in response to Fox's objection to the Howard

19 Declaration based on timeliness.

20     3.   The Howard Declaration was timely filed under Local

21 Rule 37-2.2. Rule 37-2.2 states that unless the parties agree

22 otherwise, the opposing party has seven (7) days after receipt of

23 the moving party's papers to e-mail its portion of the

24 stipulation, supporting declarations and exhibits to the moving

25 party. After the moving party provides the combined Joint

26 Stipulation to opposing counsel, opposing counsel has until the

27 end of the next business day to submit its signature on the Joint

28 Stipulation under Rule 37-2.2.

Selman Breitman LLP
ATTORNEYS AT LAW

485248.1 380.21688

2

4.   As this Declaration and the attached exhibits will show, both parties were continuing to edit the Joint Stipulation very late into the evening on October 18, 2010 as well as on October 19, 2010 (the date on which Fox filed the Stipulation). Regardless, Fox was able to file the final, signed Stipulation within one day after Fox submitted the Stipulation to Wausau and National for signature pursuant to Rule 37-2.2.   There was no delay of the type that section 37-2.2 is designed to avoid.   If anything, Mr. Crosner's objections are late.   As will be shown below, Mr. Crosner did not object that the Howard Declaration was untimely while the parties were finalizing the Joint Stipulation, or even in his Supplemental Memorandum, which is the only further brief that Rule 37.2-2 permits.   Instead, he waited until only 2 business days before the scheduled hearing of the motion to object to the Howard Declaration.

5.   Attached hereto as Exhibit A is a true and correct copy of the initial October 11, 2010, 5:12 p.m., e-mail from Fox's attorney Shaun Crosner attaching Fox's portion of the Joint Stipulation.   He indicated that he would be filing the supporting documents in a separate e-mail.

6.   Attached hereto as Exhibit B is a true and correct copy of the October 11, 2010, 5:29 e-mail from Mr. Crosner attaching the documents in support of Fox's portion of the Joint Stipulation and the October 11, 5:40 p.m., e-mail from Mr. Crosner confirming that all documents pertaining to Fox's portion of the Joint Stipulation had been sent via e-mail.

7.   Attached hereto collectively as Exhibit C are copies of the October 18, 2010 e-mails whereby I caused to be sent to Mr.

**Selman Breitman LLP**
ATTORNEYS AT LAW

Crosner via e-mail the Joint Stipulation, the Declarations of Wausau and National's attorneys and the Compendium of Unpublished and Out-of-State Authorities referenced in Wausau and National's portion of the Joint Stipulation.

8.    I subsequently called Mr. Crosner at between 6:30 and 7:00 p.m., on October 18, 2010, to ask that he make minor revisions to the Joint Stipulation.  Mr. Crosner did not answer the phone, so I left two voicemail messages specifying the corrections.

9.    Attached hereto as Exhibit D is a true and correct copy of Mr. Crosner's October 18, 2010, 7:13 p.m., e-mail stating that he would incorporate the revisions I mentioned in my voicemail messages of that date.

10.    Attached hereto as Exhibit E is a true and correct copy of Mr. Crosner's October 18, 2010, 9:58 p.m., e-mail attaching a copy of the combined Joint Stipulation of the parties.  Mr. Crosner asked that I review the edits that I asked him to make via voicemail for accuracy.  He further indicated that he had also made certain edits to the Joint Stipulation, and asked whether we had any objections to the same.  Mr. Crosner requested that we review and sign the Joint Stipulation and return it to him by the close of business on October 19, 2010.  By the time Mr. Crosner sent his 9:58 p.m., e-mail, I had left the office for the day and I did not receive it until the next morning.

11.    Attached hereto as Exhibit F is a true and correct copy of my October 19, 2010, 6:43 a.m., e-mail to Mr. Crosner, wherein I thanked him for agreeing to incorporate the revisions I had specified on his voicemail the night before.

4

2:08-CV-06647-DDP (PLAx)

12.  Attached hereto as Exhibit G is a true and correct copy of my October 19, 2010, 12:28 p.m., e-mail to Mr. Crosner attaching an unsigned version of Stan Howard's Declaration in support of Wausau and National's portion of the Joint Stipulation.  I indicated that we had not yet received the signature page for Mr. Howard's Declaration, but that I would forward the signed version of the Howard Declaration immediately upon receipt.  I also indicated that Wausau and National's portion of the Joint Stipulation, with my minor edits, would follow under separate cover.

13.  Attached hereto as Exhibit H is a true and correct copy of my October 19, 2010, 12:35 e-mail to Mr. Crosner attaching the Joint Stipulation and certain edits for him to incorporate.  I also requested that Mr. Crosner effectuate the filing of Wausau and National's portion of the Joint Stipulation and supporting documents (including the Howard Declaration) along with Fox's portion as he had earlier agreed to do.

14.  Attached hereto as Exhibit I is a true and correct copy of Mr. Crosner's October 19, 2010, 1:57 e-mail attaching the finalized Joint Stipulation and requesting the signature page for Mr. Howard's Declaration.  Although Mr. Crosner specifically referenced Mr. Howard's Declaration, he made no objection to the timeliness of the Howard Declaration at that point (or at any point during the parties' finalization of the Joint Stipulation on October 19, 2010).

15.  Attached hereto as Exhibit J is a true and correct copy of my October 19, 2010, 2:35 p.m., e-mail to Mr. Crosner attaching a signed copy of Mr. Howard's Declaration.

Selman Breitman LLP
ATTORNEYS AT LAW

485248.1 380.21688

16.   Attached hereto as Exhibit K is a true and correct copy of my October 19, 2010 3:32 p.m., e-mail to Mr. Crosner attaching my signature page to the Joint Stipulation.   I thus submitted my signature on the final Joint Stipulation hours in advance of the deadline Mr. Crosner provided in his October 18, 9:58 p.m., e-mail (Exhibit E hereto), which was the close of business on October 19, 2010.

17.   Attached hereto as Exhibit L is a true and correct copy of Mr. Crosner's October 19, 2010, 3:38 p.m., e-mail acknowledging receipt of everything that I had sent on October 19, 2010, which included the Stan Howard Declaration.   Again, Mr. Crosner made no objection to the timeliness of the Howard Declaration.

18.   Mr. Crosner was able to timely file the entire Joint Stipulation, including the Stan Howard declaration, by the end of the day on October 19, 2010 pursuant to Rule 37-2.2.

19.   It is my understanding that the purpose of the timing requirements of Local Rule 37-2.2 is to ensure that the opposing party does not delay the filing process for the Joint Stipulation.   As stated above, counsel for Fox was notifying us of its own revisions as of approximately 10 p.m., on the evening of October 18, 2010, and requesting our input.   As such, Fox could not have filed the Joint Stipulation and its Motion to Compel any earlier than October 19, 2010 in any event. Therefore, Wausau and National's submission of the Howard Declaration on October 19, 2010 did not delay the filing of the Joint Stipulation of Fox's motion.

20.   Moreover, Mr. Crosner did not complain about the

Selman Breitman LLP
ATTORNEYS AT LAW

Selman Breitman LLP
ATTORNEYS AT LAW

1   timeliness of the Howard Declaration on October 19, 2010.

2   Therefore, and in light of both parties' continued revisions to

3   the Joint Stipulation, I was unaware that Fox had any objection

4   to the timeliness of the filing of the Howard Declaration.

5        21.  Moreover, Mr. Crosner did not object to the timeliness

6   of the Howard Declaration in Fox's October 26, 2010 Supplemental

7   Memorandum in Support of its Motion to Compel Further Responses

8   Regarding Reserves and Reinsurance.  Therefore, his objection is

9   itself untimely.  Local Rule 37-2.3 states that following the

10  Joint Stipulation, a Supplemental Memorandum is the only further

11  brief that the parties may file:  "After the Joint Stipulation is

12  filed, each party may file a supplemental memorandum of law not

13  later than fourteen (14) days prior to the hearing date.  Unless

14  otherwise ordered by the Court, a supplemental memorandum shall

15  not exceed five (5) pages in length.  No other separate

16  memorandum of points and authorities shall be filed by either

17  party in connection with the motion."  Accordingly, Mr. Crosner

18  was required to address any purported issues associated with the

19  timeliness of the Howard Declaration in his Supplemental

20  Memorandum.  Nevertheless, he failed to do so.  Accordingly, Mr.

21  Crosner's objections to the Howard Declaration for the first time

22  on the eve of the hearing date are themselves untimely and should

23  be stricken.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    I declare under the penalty of perjury under the laws of the

2    United States of America that the foregoing is true and correct.

3    Signed this _5th_ day of _November_ at Los Angeles,

4    California.

5

6                              RACHEL HOBBS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Selman Breitman** LLP
ATTORNEYS AT LAW

485248.1  380.21688

# EXHIBIT A

## Rachel E. Hobbs

| | |
|---|---|
| **From:** | Crosner, Shaun [CrosnerS@dicksteinshapiro.com] |
| **Sent:** | Monday, October 11, 2010 5:12 PM |
| **To:** | Rachel E. Hobbs; Alan B. Yuter |
| **Cc:** | Franklin, Cassandra |
| **Subject:** | Joint Stipulation Re Motion to Compel Further Responses Regarding Reserves and Reinsurance |
| **Attachments:** | DOCSLA-#61135-v4-Stip_re_Motion_to_Compel.DOC |

Dear Counsel:

Pursuant to United States District for the Central District of California Local Civil Rule ("Local Rule") 37-2, we attach a file containing the News Corporation, Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth Century Fox International Television, Inc., New World Television Productions, Inc., and New World Entertainment, Ltd. ("Fox") defendants' portion of the Joint Stipulation Regarding Fox's Motion to Compel Further Responses Regarding Reserves and Reinsurance, as well as supporting documents including the Request for Judicial Notice, the Declarations of Shaun H. Crosner and Cassandra S. Franklin and the Compendium of Unpublished and Non-California State Authority. (In order to ensure that we do not overburden your email system, we will send these supporting documents attached to additional emails.)

As required by Local Rule 37-2.2, please return the stipulation to us by email with Employers Insurance of Wausau and National Casualty Company's (the "Insurers") portion of the joint stipulation as well as the Insurers' supporting documents no later than 5:30 p.m. on Monday, October 18, 2010 (seven days from today's date).

In the meantime, if you have any questions or wish to discuss the joint stipulation, please let us know. Thank you.

-Shaun

**Shaun H. Crosner**
Associate
Dickstein Shapiro LLP
2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Tel (310) 772-8344| Fax (310) 943-2415
crosners@dicksteinshapiro.com

---

------------------------------------------------------
This email message and any attached files are confidential and are intended so
named above. This communication may contain material protected by attorney-cli
privileges. If you are not the intended recipient or person responsible for de
communication to the intended recipient, you have received this communication
dissemination, forwarding, printing, copying, or other distribution of this em
is strictly prohibited. Dickstein Shapiro reserves the right to monitor any co
received, or sent on its network.  If you have received this confidential comm
sender immediately by reply email message and permanently delete the original

To reply to our email administrator directly, send an email to postmaster@dick

Dickstein Shapiro LLP
http://www.dicksteinshapiro.com

======================================================

A-1

# EXHIBIT B

**Rachel E. Hobbs**

| | |
|---|---|
| **From:** | Crosner, Shaun [CrosnerS@dicksteinshapiro.com] |
| **Sent:** | Monday, October 11, 2010 5:40 PM |
| **To:** | Crosner, Shaun; Rachel E. Hobbs; Alan B. Yuter |
| **Cc:** | Franklin, Cassandra |
| **Subject:** | RE: Joint Stipulation Re Motion to Compel Further Responses Regarding Reserves and Reinsurance |

Alan and Rachel,

This will confirm that by 5:29 p.m. on today's date we forwarded to you the documents listed on the email below.  Thank you.

-Shaun

**Shaun H. Crosner**
Associate
Dickstein Shapiro LLP
2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Tel (310) 772-8344| Fax (310) 943-2415
crosners@dicksteinshapiro.com

---

**From:** Crosner, Shaun
**Sent:** Monday, October 11, 2010 5:29 PM
**To:** 'Rachel E. Hobbs'; 'Alan B. Yuter'
**Cc:** Franklin, Cassandra
**Subject:** RE: Joint Stipulation Re Motion to Compel Further Responses Regarding Reserves and Reinsurance

Counsel,

Attached in support of the Joint Stipulation are Fox's Request for Judicial Notice and Fox's Compendium of Out-of-State, Unpublished, and Secondary Authority.

Thanks,
Shaun

**Shaun H. Crosner**
Associate
Dickstein Shapiro LLP
2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Tel (310) 772-8344| Fax (310) 943-2415
crosners@dicksteinshapiro.com

---

**From:** Crosner, Shaun
**Sent:** Monday, October 11, 2010 5:19 PM
**To:** 'Rachel E. Hobbs'; Alan B. Yuter
**Cc:** Franklin, Cassandra
**Subject:** FW: Joint Stipulation Re Motion to Compel Further Responses Regarding Reserves and Reinsurance

Counsel,

Pursuant to my below email, attached are Declarations of Cassandra Franklin and Shaun Crosner in support of the Joint Stipulation re Fox's Motion to Compel Further Responses Regarding Reserves and Reinsurance.  I will be sending a compendium of unpublished and non-California authorities, as well as Fox's request for judicial notice, shortly.

Please let us know if you have any questions.

-Shaun

**Shaun H. Crosner**
Associate
Dickstein Shapiro LLP

11/5/2010                                                                    B-1

2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Tel (310) 772-8344| Fax (310) 943-2415
crosners@dicksteinshapiro.com

_____

**From:** Crosner, Shaun
**Sent:** Monday, October 11, 2010 5:12 PM
**To:** 'Rachel E. Hobbs'; Alan B. Yuter
**Cc:** Franklin, Cassandra
**Subject:** Joint Stipulation Re Motion to Compel Further Responses Regarding Reserves and Reinsurance

Dear Counsel:

Pursuant to United States District for the Central District of California Local Civil Rule ("Local Rule") 37-2, we attach a file containing the News Corporation, Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth Century Fox International Television, Inc., New World Television Productions, Inc., and New World Entertainment, Ltd. ("Fox") defendants' portion of the Joint Stipulation Regarding Fox's Motion to Compel Further Responses Regarding Reserves and Reinsurance, as well as supporting documents including the Request for Judicial Notice, the Declarations of Shaun H. Crosner and Cassandra S. Franklin and the Compendium of Unpublished and Non-California State Authority. (In order to ensure that we do not overburden your email system, we will send these supporting documents attached to additional emails.)

As required by Local Rule 37-2.2, please return the stipulation to us by email with Employers Insurance of Wausau and National Casualty Company's (the "Insurers") portion of the joint stipulation as well as the Insurers' supporting documents no later than 5:30 p.m. on Monday, October 18, 2010 (seven days from today's date).

In the meantime, if you have any questions or wish to discuss the joint stipulation, please let us know.  Thank you.

-Shaun

**Shaun H. Crosner**
Associate
Dickstein Shapiro LLP
2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Tel (310) 772-8344| Fax (310) 943-2415
crosners@dicksteinshapiro.com

_____

-------------------------------------------------------
This email message and any attached files are confidential and are intended solely for the use of the addressee(s)
named above. This communication may contain material protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person responsible for delivering this confidential
communication to the intended recipient, you have received this communication in error, and any review, use,
dissemination, forwarding, printing, copying, or other distribution of this email message and any attached files
is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created,
received, or sent on its network.  If you have received this confidential communication in error, please notify the
sender immediately by reply email message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.dicksteinshapiro.com

===========================================================================

B-2

# EXHIBIT C

## Denise L. Wise

| | |
|---|---|
| **From:** | Denise L. Wise |
| **Sent:** | Monday, October 18, 2010 6:31 PM |
| **To:** | 'crosners@dicksteinshapiro.com' |
| **Attachments:** | 380-21688 Wausau v. Fox Joint Stipulation Regarding FOX s 11 9 10 Motion to Compel.doc |

**Denise L. Wise** | Legal Secretary | **Selman Breitman** LLP | 11766 Wilshire Blvd., Suite 600 | Los Angeles, CA 90025

direct: 310.445.0800| fax: 310.473.2525 | email:dwise@selmanbreitman.com | web: www.selmanbreitman.com

This electronic message transmission contains information from the law firm of Selman Breitman LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by calling us collect at (310) 445-0800 or by electronic mail at support@selmanbreitman.com immediately and delete or destroy all copies of this transmission.

C—1

**TABLE OF AUTHORITIES**

**Page**

1  Kirk A. Pasich (SBN 94242)
   pasichk@dicksteinshapiro.com
2  Cassandra S. Franklin (SBN 119408)
   franklinc@dicksteinshapiro.com
3  Shaun H. Crosner (SBN (259065)
   crosners@dicksteinshapiro.com
4  DICKSTEIN SHAPIRO LLP
   2049 Century Park East, Suite 700
5  Los Angeles, CA 90067-3109
   Telephone: (310) 772-8300
6  Facsimile: (310) 772-8301

7  Attorneys for Defendants

8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  EMPLOYERS INSURANCE OF WAUSAU and NATIONAL CASUALTY COMPANY, | **Case No. CV08-6647 DDP (PLAx)** |
| 13 | Discovery Matter |
| 14  Plaintiffs, | **JOINT STIPULATION REGARDING FOX'S MOTION TO COMPEL FURTHER RESPONSES REGARDING RESERVES AND REINSURANCE** |
| 15  vs. | |
| 16  NEWS CORPORATION; FOX ENTERTAINMENT GROUP, INC.; TWENTIETH CENTURY FOX FILM | |
| 17  CORPORATION; TWENTIETH CENTURY FOX INTERNATIONAL TELEVISION, | [Referred to Magistrate Judge Paul L. Abrams] |
| 18  INC.; NEW WORLD TELEVISION, PRODUCTIONS, INC.; NEW WORLD | |
| 19  ENTERTAINMENT, LTD.; and HISCOX, INC., | Date:      November 9, 2010 |
| 20  Defendants. | Time:      10:00 a.m. Ctrm.:     G – 9th Floor |
| 21 | |
| 22 | Initial Complaint |
| 23 | Filed (S.D.N.Y.): February 28, 2006 Complaint Transferred: Oct. 9, 2008 |
| 24  AND RELATED CROSS-ACTION. | Discovery Cut-Off: March 21, 2011 Pre-trial Conference: July 18, 2011 |
| 25 | Trial Date: July 26, 2011 |

26

*C-2*

**Denise L. Wise**

| | |
|---|---|
| **From:** | Denise L. Wise |
| **Sent:** | Monday, October 18, 2010 7:24 PM |
| **To:** | 'crosners@dicksteinshapiro.com' |
| **Cc:** | Rachel E. Hobbs |
| **Subject:** | FW: Scan from a Xerox 4112/4127 |

**Attachments:** img-X18192338-0001.pdf


img-X18192338-000
1.pdf (30 KB)...

Denise L. Wise | Legal Secretary | Selman Breitman LLP | 11766 Wilshire Blvd., Suite 600 | Los Angeles, CA 90025

direct: 310.445.0800| fax: 310.473.2525 | email:dwise@selmanbreitman.com | web: www.selmanbreitman.com <http://www.selmanbreitman.com/>

This electronic message transmission contains information from the law firm of Selman Breitman LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by calling us collect at (310) 445-0800 or by electronic mail at support@selmanbreitman.com immediately and delete or destroy all copies of this transmission.

-----Original Message-----
From: 4112A [mailto:4112A@selmanbreitman.com]
Sent: Monday, October 18, 2010 7:24 PM
To: Denise L. Wise
Subject: Scan from a Xerox 4112/4127

Please open the attached document.  It was scanned and sent to you using a Xerox 4112/4127.

Number of Images: 1
Attachment File Type: PDF

Device Name: 4112A
Device Location:

For more information on Xerox products and solutions, please visit http://www.xerox.com/

C-3

Employers Insurance of Wausau v. News CorporatioN
USDC Case No. 2:08-cv-06647-DDP (PLAx)

Defendants NATIONAL CASUALTY COMPANY and
EMPLOYERS INSURANCE OF WAUSAU

**SECOND SUPPLEMENTAL PRIVILEGE LOG**

| Bates No. | Date | Author | Recipient | Subject/Description | Privilege |
|---|---|---|---|---|---|
| (redacted) | 09/11/09 | Stan Howard of National | Aon Benfield | Initial Report—Casualty Large Loss Notice | Irrelevant; Attorney-Client Privilege; Work Product Privilege; Litigation Privilege (C. Code §47); Private; Confidential |
| (redacted) | 09/14/10 | Stan Howard of National | Reinsurance Reporting SIC/Nationwide/NWIE | Status Report | Irrelevant; Attorney-Client Privilege; Work Product Privilege; Litigation Privilege (C. Code §47); Private; Confidential |

1

2:08-cv-06647-DDP (PLAx)

483333.1  380.21688

C-4

**Denise L. Wise**

| | |
|---|---|
| **From:** | Denise L. Wise |
| **Sent:** | Monday, October 18, 2010 7:25 PM |
| **To:** | 'crosners@dicksteinshapiro.com' |
| **Cc:** | Rachel E. Hobbs |
| **Subject:** | FW: Scan from a Xerox 4112/4127 |

**Attachments:** img-X18192312-0001.pdf



img-X18192312-000
1.pdf (632 KB...

Denise L. Wise | Legal Secretary | Selman Breitman LLP | 11766 Wilshire Blvd., Suite 600 |
Los Angeles, CA 90025

direct: 310.445.0800| fax: 310.473.2525 | email:dwise@selmanbreitman.com | web:
www.selmanbreitman.com <http://www.selmanbreitman.com/>

This electronic message transmission contains information from the law firm of Selman
Breitman LLP which may be confidential or privileged. The information is intended to be
for the use of the individual or entity named above. If you are not the intended
recipient, be aware that any disclosure, copying distribution or use of the contents of
this information is prohibited. If you have received this electronic transmission in
error, please notify us by calling us collect at (310) 445-0800 or by electronic mail at
support@selmanbreitman.com immediately and delete or destroy all copies of this
transmission.

-----Original Message-----
From: 4112A [mailto:4112A@selmanbreitman.com]
Sent: Monday, October 18, 2010 7:23 PM
To: Denise L. Wise
Subject: Scan from a Xerox 4112/4127

Please open the attached document.  It was scanned and sent to you using a Xerox
4112/4127.

Number of Images: 19
Attachment File Type: PDF

Device Name: 4112A
Device Location:

For more information on Xerox products and solutions, please visit http://www.xerox.com/

C-5

ALAN B. YUTER (SBN 101534)
RACHEL E. HOBBS (SBN 186424)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone:     (310) 445-0800
Facsimile:     (310) 473-2525
Email:    ayuter@selmanbreitman.com
          rhobbs@selmanbreitman.com
Attorneys for Plaintiffs
EMPLOYERS INSURANCE OF
WAUSAU and NATIONAL
CASUALTY COMPANY and
FINANCIAL & PROFESSIONAL RISK
SOLUTIONS, INC., formerly known as
MEDIA/PROFESSIONAL
INSURANCE AGENCY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMPLOYERS INSURANCE OF
WAUSAU; and NATIONAL
CASUALTY COMPANY

                    Plaintiffs,

        v.

NEWS CORPORATION; FOX
ENTERTAINMENT GROUP, INC.;
TWENTIETH CENTURY FOX FILM
CORPORATION; et al.

                    Defendants.

SYNDICATE 33 AT LLOYD'S,
LONDON,

                    Intervenor,

        v.

EMPLOYERS INSURANCE OF
WAUSAU; and NATIONAL
CASUALTY COMPANY, NATIONAL
CASUALTY COMPANY, and
MEDIA/PROFESSIONAL

CASE NO. 2:08-CV-06647-DDP (PLAx)

DECLARATION OF ALAN YUTER IN
SUPPORT OF WAUSAU AND
NATIONAL'S PORTION OF JOINT
STIPULATION REGARDING FOX'S
MOTION TO COMPEL FURTHER
RESPONSES REGARDING RESERVES
AND REINSURANCE

[Referred to Magistrate Judge Paul L.
Abrams]

Date: November 9, 2010
Time: 10:00 a.m.
Ctrm: G – 9th Floor

Amended Comp. filed : 07/31/08
Comp. transferred   : 10/09/08
Trial Date          : 07/26/11

C-6

Selman Breitman LLP
ATTORNEYS AT LAW

ALAN B. YUTER (SBN 101534)
RACHEL E. HOBBS (SBN 186424)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone:    (310) 445-0800
Facsimile:    (310) 473-2525
Email:    ayuter@selmanbreitman.com
    rhobbs@selmanbreitman.com
Attorneys for Plaintiffs
EMPLOYERS INSURANCE OF
WAUSAU and NATIONAL
CASUALTY COMPANY and
FINANCIAL & PROFESSIONAL RISK
SOLUTIONS, INC., formerly known as
MEDIA/PROFESSIONAL
INSURANCE AGENCY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY | CASE NO. 2:08-CV-06647-DDP (PLAx) |
| Plaintiffs, | DECLARATION OF RACHEL HOBBS IN SUPPORT OF WAUSAU AND NATIONAL'S PORTION OF THE JOINT STIPULATION REGARDING FOR'S MOTION TO COMPEL FURTHER RESPONSES REGARDING RESERVES AND REINSURANCE |
| v. | |
| NEWS CORPORATION; FOX ENTERTAINMENT GROUP, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; et al. | [Referred to Magistrate Judge Paul L. Abrams] |
| Defendants. | Date: November 9, 2010 |
| SYNDICATE 33 AT LLOYD'S, LONDON, | Time: 10:00 a.m. Ctrm: G – 9th Floor |
| Intervenor, | |
| v. | |
| EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY, NATIONAL CASUALTY COMPANY, and MEDIA/PROFESSIONAL | Amended Comp. filed : 07/31/08 Comp. transferred   : 10/09/08 Trial Date       : 07/26/11 |

Selman Breitman LLP
ATTORNEYS AT LAW

C-7

**Denise L. Wise**

| | |
|---|---|
| **From:** | Denise L. Wise |
| **Sent:** | Monday, October 18, 2010 7:26 PM |
| **To:** | 'crosners@dicksteinshapiro.com' |
| **Cc:** | Rachel E. Hobbs |
| **Subject:** | FW: Scan from a Xerox 4112/4127 |

**Attachments:** img-X18192159-0001.pdf



img-X18192159-000
1.pdf (7 MB)

Denise L. Wise | Legal Secretary | Selman Breitman LLP | 11766 Wilshire Blvd., Suite 600 |
Los Angeles, CA 90025

direct: 310.445.0800| fax: 310.473.2525 | email:dwise@selmanbreitman.com | web:
www.selmanbreitman.com <http://www.selmanbreitman.com/>

This electronic message transmission contains information from the law firm of Selman
Breitman LLP which may be confidential or privileged. The information is intended to be
for the use of the individual or entity named above. If you are not the intended
recipient, be aware that any disclosure, copying distribution or use of the contents of
this information is prohibited. If you have received this electronic transmission in
error, please notify us by calling us collect at (310) 445-0800 or by electronic mail at
support@selmanbreitman.com immediately and delete or destroy all copies of this
transmission.


-----Original Message-----
From: 4112A [mailto:4112A@selmanbreitman.com]
Sent: Monday, October 18, 2010 7:22 PM
To: Denise L. Wise
Subject: Scan from a Xerox 4112/4127

Please open the attached document.  It was scanned and sent to you using a Xerox
4112/4127.

Number of Images: 105
Attachment File Type: PDF

Device Name: 4112A
Device Location:

For more information on Xerox products and solutions, please visit http://www.xerox.com/

C-8

ALAN B. YUTER (SBN 101534)
RACHEL E. HOBBS (SBN 186424)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025
Telephone:     (310) 445-0800
Facsimile:      (310) 473-2525
Email:     ayuter@selmanbreitman.com
           rhobbs@selmanbreitman.com
Attorneys for Plaintiffs
EMPLOYERS INSURANCE OF
WAUSAU and NATIONAL
CASUALTY COMPANY and
FINANCIAL & PROFESSIONAL RISK
SOLUTIONS, INC., formerly known as
MEDIA/PROFESSIONAL
INSURANCE AGENCY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>NEWS CORPORATION; FOX ENTERTAINMENT GROUP, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; et al.<br><br>Defendants.<br><br>SYNDICATE 33 AT LLOYD'S, LONDON,<br><br>Intervenor,<br><br>v.<br><br>EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY, NATIONAL CASUALTY COMPANY, and MEDIA/PROFESSIONAL | CASE NO. 2:08-CV-06647-DDP (PLAx)<br><br>COMPENDIUM OF OUT-OF-STATE AND UNPUBLISHED AUTHORITIES OF PLAINTIFFS WAUSAU AND NATIONAL REGARDING JOINT STIPULATION REGARDING FOX'S MOTION TO COMPEL FURTHER RESPONSES REGARDING RESERVES AND REINSURANCE<br><br>[Referred to Magistrate Judge Paul L. Abrams]<br><br>Date: November 9, 2010<br>Time: 10:00 a.m.<br>Ctrm: G – 9th Floor |

Selman Breitman LLP
ATTORNEYS AT LAW

# EXHIBIT D

## Rachel E. Hobbs

**From:**     Crosner, Shaun [CrosnerS@dicksteinshapiro.com]
**Sent:**     Monday, October 18, 2010 7:13 PM
**To:**       Rachel E. Hobbs
**Subject:** Joint Stipulation

Rachel,

We will make the changes that you mentioned in your two voicemails.  Thanks.

**Shaun H. Crosner**
Associate
Dickstein Shapiro LLP
2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Tel (310) 772-8344| Fax (310) 943-2415
crosners@dicksteinshapiro.com

--------------------------------------------------------
This email message and any attached files are confidential and are intended so
named above. This communication may contain material protected by attorney-cli
privileges. If you are not the intended recipient or person responsible for de
communication to the intended recipient, you have received this communication
dissemination, forwarding, printing, copying, or other distribution of this em
is strictly prohibited. Dickstein Shapiro reserves the right to monitor any co
received, or sent on its network.  If you have received this confidential comm
sender immediately by reply email message and permanently delete the original

To reply to our email administrator directly, send an email to postmaster@dick

Dickstein Shapiro LLP
http://www.dicksteinshapiro.com


=======================================================================

D-1

# EXHIBIT E

**Rachel E. Hobbs**

| | |
|---|---|
| **From:** | Crosner, Shaun [CrosnerS@dicksteinshapiro.com] |
| **Sent:** | Monday, October 18, 2010 9:58 PM |
| **To:** | Rachel E. Hobbs |
| **Cc:** | Franklin, Cassandra; Alan B. Yuter |
| **Subject:** | Joint Stipulation re Fox's Motion to Compel Further Responses |
| **Attachments:** | FOX-Stip_re_Motion_to_Compel.pdf; Stip Compare View.pdf; 101011 Compendium ISO Joint Stip re Fox's Motion to Compel.pdf |

Rachel,

Attached is a PDF of the parties' combined Joint Stipulation re Fox's Motion to Compel Further Responses Regarding Reserves and Reinsurance.  Please review the edits that you asked us to make on page 43 to ensure that the paragraph is now correct.

Also attached is a redlined version of the parties' Joint Stipulation comparing the version that you sent us this evening and the final version that is attached.  As you will see, the only changes that were made were (1) the ones the you requested that we make on your behalf and (2) a minor edit made by us on page 11, in which we changed the paragraph number to which we cite in one instance.

Finally, since we sent it to you last Monday, we made a minor change to the version of Fox's Compendium.  On page 1, we corrected the title of Fox's motion.  Attached for your files is a revised version reflecting the change.  I trust that Wausau and National will not object to us making the change, but please let me know if you have any concerns.

Once you have had a chance to review the final version of the Joint Stipulation, as well as the redlined comparison, please sign the PDF and return it to us for us so that we can sign and file it electronically. We would appreciate receiving the signed Joint Stipulation as early as possibly, but please make sure to have it to us no later than **the close of business tomorrow, October 19.**

Finally, once we sign the Joint Stipulation, we will go ahead and file it electronically.  We are also happy to file Wausau and National's supporting documents, which you forwarded to me this evening.  However, if you would prefer to file them yourself, please let me know.

I will be available in the morning should you have any questions.  Thanks very much.

-Shaun

**Shaun H. Crosner**
Associate
Dickstein Shapiro LLP
2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Tel (310) 772-8344| Fax (310) 943-2415
crosners@dicksteinshapiro.com

------------------------------------------------------
This email message and any attached files are confidential and are intended so
named above. This communication may contain material protected by attorney-cli
privileges. If you are not the intended recipient or person responsible for de
communication to the intended recipient, you have received this communication
dissemination, forwarding, printing, copying, or other distribution of this em
is strictly prohibited. Dickstein Shapiro reserves the right to monitor any co
received, or sent on its network.  If you have received this confidential comm
sender immediately by reply email message and permanently delete the original

To reply to our email administrator directly, send an email to postmaster@dick

Dickstein Shapiro LLP
http://www.dicksteinshapiro.com

==================================================================

E-1

# EXHIBIT F

**Rachel E. Hobbs**

| | |
|---|---|
| **From:** | Rachel E. Hobbs |
| **Sent:** | Tuesday, October 19, 2010 6:43 AM |
| **To:** | 'Crosner, Shaun' |
| **Subject:** | RE: Joint Stipulation |

Thank you.

**Rachel E Hobbs** | Of Counsel | Selman Breitman LLP | 11766 Wilshire Blvd., Suite 600 | Los Angeles, CA 90025

direct: 310.689.7048 | fax: 310.473.2525 | email: rhobbs@selmanbreitman.com | web: www.selmanbreitman.com

This electronic message transmission contains information from the law firm of Selman Breitman LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by calling us collect at (310) 445-0800 or by electronic mail at support@selmanbreitman.com immediately and delete or destroy all copies of this transmission.

**From:** Crosner, Shaun [mailto:CrosnerS@dicksteinshapiro.com]
**Sent:** Monday, October 18, 2010 7:13 PM
**To:** Rachel E. Hobbs
**Subject:** Joint Stipulation

Rachel,

We will make the changes that you mentioned in your two voicemails.  Thanks.

**Shaun H. Crosner**
Associate
Dickstein Shapiro LLP
2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Tel (310) 772-8344| Fax (310) 943-2415
crosners@dicksteinshapiro.com

--------------------------------------------------------
This email message and any attached files are confidential and are intended so
named above. This communication may contain material protected by attorney-cli
privileges. If you are not the intended recipient or person responsible for de
communication to the intended recipient, you have received this communication
dissemination, forwarding, printing, copying, or other distribution of this em
is strictly prohibited. Dickstein Shapiro reserves the right to monitor any co
received, or sent on its network.  If you have received this confidential comm
sender immediately by reply email message and permanently delete the original

To reply to our email administrator directly, send an email to postmaster@dick

Dickstein Shapiro LLP
http://www.dicksteinshapiro.com

========================================================================

F-1

# EXHIBIT G

**Rachel E. Hobbs**

| | |
|---|---|
| **From:** | Rachel E. Hobbs |
| **Sent:** | Tuesday, October 19, 2010 12:28 PM |
| **To:** | 'scrosners@dicksteinshapiro.com' |
| **Cc:** | Alan B. Yuter |
| **Subject:** | FW: Scan from a Xerox 4112/4127 |
| **Attachments:** | img-X19122523-0001.pdf |



**img-X191
)001.pdf (1(**

Shaun:

Please find attached another Declaration, i.e., the Declaration of Stan Howard, that will
need to be filed in conjunction with Wausau and National's portion of the Joint
Stipulation.  We have not yet received the signature page back, but will supply you with
the same immediately upon receipt.

The Joint Stipulation, with some minor handwritten edits, will follow under separate
cover.

Thank you,

Rachel E Hobbs | Of Counsel | Selman Breitman LLP | 11766 Wilshire Blvd., Suite 600 | Los
Angeles, CA 90025

direct: 310.689.7048 | fax: 310.473.2525 | email: rhobbs@selmanbreitman.com | web:
www.selmanbreitman.com <http://www.selmanbreitman.com/>

This electronic message transmission contains information from the law firm of Selman
Breitman LLP which may be confidential or privileged. The information is intended to be
for the use of the individual or entity named above. If you are not the intended
recipient, be aware that any disclosure, copying distribution or use of the contents of
this information is prohibited. If you have received this electronic transmission in
error, please notify us by calling us collect at (310) 445-0800 or by electronic mail at
support@selmanbreitman.com immediately and delete or destroy all copies of this
transmission.


-----Original Message-----
From: 4112 [mailto:LAXerox4112@selmanbreitman.com]
Sent: Tuesday, October 19, 2010 9:25 AM
To: Rachel E. Hobbs
Subject: Scan from a Xerox 4112/4127

Please open the attached document.  It was scanned and sent to you using a Xerox
4112/4127.

Number of Images: 4
Attachment File Type: PDF

Device Name: 4112
Device Location:

For more information on Xerox products and solutions, please visit http://www.xerox.com/

1

G-1

# EXHIBIT H

## Rachel E. Hobbs

**From:** Rachel E. Hobbs
**Sent:** Tuesday, October 19, 2010 12:35 PM
**To:** 'crosners@dicksteinshapiro.com'
**Cc:** Alan B. Yuter
**Subject:** FW: Scan from a Xerox 4112/4127

**Attachments:** img-X19122633-0001.pdf



**img-X191
-0001.pdf (**

Shaun:

Please find attached the Joint Stipulation with some handwritten edits.  The edits appear on pages 16, 17, 19, 20, 36 and 43.  Kindly incorporate the edits, and we will sign the final version.

We would appreciate it if your office would effectuate the entire filing as you offered to do, which includes (1) the Declaration of Alan Yuter (plus exhibit A thereto); (2) The Declaration of Rachel Hobbs; (3) The Declaration of Stan Howard (the signed version is forthcoming); and (4) Wausau and National's Compendium of Out- of-State and Unpublished Authorities (plus the attached cases).

Please notify me in the event you have any questions or concerns regarding the foregoing or related matters.

Very Truly Yours,


Rachel E Hobbs | Of Counsel | Selman Breitman LLP | 11766 Wilshire Blvd., Suite 600 | Los Angeles, CA 90025

direct: 310.689.7048 | fax: 310.473.2525 | email: rhobbs@selmanbreitman.com | web: www.selmanbreitman.com <http://www.selmanbreitman.com/>

This electronic message transmission contains information from the law firm of Selman Breitman LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by calling us collect at (310) 445-0800 or by electronic mail at support@selmanbreitman.com immediately and delete or destroy all copies of this transmission.


-----Original Message-----
From: 4112 [mailto:LAXerox4112@selmanbreitman.com]
Sent: Tuesday, October 19, 2010 9:27 AM
To: Rachel E. Hobbs
Subject: Scan from a Xerox 4112/4127

Please open the attached document.  It was scanned and sent to you using a Xerox 4112/4127.

Number of Images: 51
Attachment File Type: PDF

Device Name: 4112

H-1

Device Location:

For more information on Xerox products and solutions, please visit http://www.xerox.com/

H-2

# EXHIBIT I

## Rachel E. Hobbs

| | |
|---|---|
| **From:** | Crosner, Shaun [CrosnerS@dicksteinshapiro.com] |
| **Sent:** | Tuesday, October 19, 2010 1:57 PM |
| **To:** | Rachel E. Hobbs |
| **Cc:** | Alan B. Yuter |
| **Subject:** | Final Joint Stipulation re Fox's Motion to Compel |
| **Importance:** | High |
| **Attachments:** | FOX Stip_re_Motion_to_Compel.pdf |

Rachel,

Attached is the finalized joint stipulation, reflecting the changes that you asked us to make. Please sign and return the attached to me as soon as you have had a chance to review.

Also, while we are happy to file Wausau and National's supporting documents for you, we have yet to received a signature page for the Howard Declaration. Please forward immediately upon receipt.

Please call at the below number with any questions.

Thanks,
Shaun

**Shaun H. Crosner**
Associate
Dickstein Shapiro LLP
2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Tel (310) 772-8344| Fax (310) 943-2415
crosners@dicksteinshapiro.com

--------------------------------------------------------
This email message and any attached files are confidential and are intended so
named above. This communication may contain material protected by attorney-cli
privileges. If you are not the intended recipient or person responsible for de
communication to the intended recipient, you have received this communication
dissemination, forwarding, printing, copying, or other distribution of this em
is strictly prohibited. Dickstein Shapiro reserves the right to monitor any co
received, or sent on its network.  If you have received this confidential comm
sender immediately by reply email message and permanently delete the original

To reply to our email administrator directly, send an email to postmaster@dick

Dickstein Shapiro LLP
http://www.dicksteinshapiro.com


========================================================================

I-1

11/5/2010

# EXHIBIT J

**Rachel E. Hobbs**

| | |
|---|---|
| **From:** | Rachel E. Hobbs |
| **Sent:** | Tuesday, October 19, 2010 2:35 PM |
| **To:** | 'crosners@dicksteinshapiro.com' |
| **Subject:** | FW: Scan from a Xerox 4112/4127 |

**Attachments:** img-X19142400-0001.pdf



img-X191
)001.pdf (1(

Rachel E Hobbs | Of Counsel | Selman Breitman LLP | 11766 Wilshire Blvd., Suite 600 | Los Angeles, CA 90025

direct: 310.689.7048 | fax: 310.473.2525 | email: rhobbs@selmanbreitman.com | web: www.selmanbreitman.com <http://www.selmanbreitman.com/>

This electronic message transmission contains information from the law firm of Selman Breitman LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by calling us collect at (310) 445-0800 or by electronic mail at support@selmanbreitman.com immediately and delete or destroy all copies of this transmission.

-----Original Message-----
From: 4112 [mailto:LAXerox4112@selmanbreitman.com]
Sent: Tuesday, October 19, 2010 11:24 AM
To: Rachel E. Hobbs
Subject: Scan from a Xerox 4112/4127

Please open the attached document.  It was scanned and sent to you using a Xerox 4112/4127.

Number of Images: 4
Attachment File Type: PDF

Device Name: 4112
Device Location:

For more information on Xerox products and solutions, please visit http://www.xerox.com/

J-1

ALAN B. YUTER (SBN 101534)
RACHEL E. HOBBS (SBN 186424)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone:      (310) 445-0800
Facsimile:      (310) 473-2525
Email:     ayuter@selmanbreitman.com
           rhobbs@selmanbreitman.com
Attorneys for Plaintiffs
EMPLOYERS INSURANCE OF
WAUSAU and NATIONAL
CASUALTY COMPANY and
FINANCIAL & PROFESSIONAL RISK
SOLUTIONS, INC., formerly known as
MEDIA/PROFESSIONAL
INSURANCE AGENCY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>NEWS CORPORATION; FOX ENTERTAINMENT GROUP, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; et al.<br><br>Defendants.<br><br>SYNDICATE 33 AT LLOYD'S, LONDON,<br><br>Intervenor,<br><br>v.<br><br>EMPLOYERS INSURANCE OF WAUSAU; and NATIONAL CASUALTY COMPANY, NATIONAL CASUALTY COMPANY, and MEDIA/PROFESSIONAL | CASE NO. 2:08-CV-06647-DDP (PLAx)<br><br>DECLARATION OF STAN HOWARD IN SUPPORT OF WAUSAU AND NATIONAL'S PORTION OF JOINT STIPULATION REGARDING FOX'S MOTION TO COMPEL FURTHER RESPONSES REGARDING RESERVES AND REINSURANCE<br><br>[Referred to Magistrate Judge Paul L. Abrams]<br><br>Date: November 9, 2010<br>Time: 10:00 a.m.<br>Ctrm: G – 9th Floor<br><br>Amended Comp. filed : 07/31/08<br>Comp. transferred : 10/09/08<br>Trial Date : 07/26/11 |

Selman Breitman LLP
ATTORNEYS AT LAW

J-2

INSURANCE,

      Defendants-in-Intervention.

I, STAN HOWARD, declare and state as follows:

1.    I am, and was during all times in question, a Claim Specialist employed by Scottsdale Insurance Company, the parent company of plaintiffs EMPLOYERS INSURANCE OF WAUSAU AND NATIONAL CASUALTY COMPANY.  In this capacity, I was and am responsible for communicating with WAUSAU and NATIONAL's coverage attorneys, setting reserves with respect to the instant coverage action, and communicating with reinsurers concerning the instant action.  As such, I have personal knowledge concerning the facts set forth below, and if called up to do so, would and could competently testify thereto.

2.    WAUSAU and NATIONAL denied coverage for the underlying *East* action and commenced the instant declaratory relief action in early 2006, in the New York District Court for the Southern District of New York.

3.    Before I took over handling of the file in December of 2008, expense reserves had been increased as bills from coverage counsel were received, in order to pay such bills.

4.    After I took over the handling of file from John Rowe of WAUSAU and NATIONAL in December of 2008, it was my responsibility to confer with WAUSAU and NATIONAL's coverage counsel in order to set reserves and prepare reports to reinsurers.  I was responsible for setting reserves with respect to this ongoing coverage action and for reporting to reinsurers concerning WAUSAU and NATIONAL's litigation and/or settlement strategies and assessment as to their potential liability based on the advice from coverage counsel.

5.    I did not have any responsibilities with respect to the handling of the

Selman Breitman LLP
ATTORNEYS AT LAW

1  underlying *East* claim, since WAUSAU and NATIONAL had denied coverage for

2  the *East* claim more than two years before I became involved with the instant action.

3      6.    Based upon my communications with WAUSAU and NATIONAL's

4  coverage attorneys regarding WAUSAU and NATIONAL's claims, defenses and

5  assessment as to their potential liability in the within coverage action, I prepared two

6  reports to WAUSAU and NATIONAL's reinsurers regarding the action.

7      7.    The first report is dated September 11, 2009. The September 11, 2009

8  report contains expense reserves reflecting the estimated and actual fees of

9  WAUSAU and NATIONAL's coverage attorneys in this action. It also contained a

10  summary of the advice of WAUSAU and NATIONAL's coverage counsel in this

11  action, a discussion of WAUSAU and NATIONAL's claims and/or defenses in this

12  action, and an assessment as to WAUSAU and NATIONAL'S potential liability,

13  including any extracontractual liability, in the instant coverage litigation. The loss

14  reserves set forth in the September 11, 2009 report reflected WAUSAU and

15  NATIONAL's assessment as to its potential liability, including its assessment as to

16  any extracontractual liability, in the instant coverage litigation.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

*Selman Breitman LLP*
ATTORNEYS AT LAW

4834413.1   380 21688

2:08-CV-06647-DDP (PLAx)

J-4

1    8.    The second reinsurance report that I prepared on behalf of WAUSAU
2  and NATIONAL is dated September 14, 2010.  This Status Report summarizes
3  communications between WAUSAU and NATIONAL and its coverage attorneys in
4  the within action concerning the August 24, 2010 mediation between FOX,
5  SYNDICATE 33, WAUSAU and NATIONAL.  The reserve and reinsurance
6  information contained in the September 14, 2010 Status Report reflects the fees of
7  WAUSAU and NATIONAL's coverage counsel and their assessment of their
8  potential liability in this ongoing coverage action, including settlement authority for
9  the mediation.

10    I declare under the penalty of perjury under the laws of the United States of
11  America that the foregoing is true and correct.

12  Signed this __19th__ day of __Octobe__ at Scottsdale, Arizona.
                                        2010
13
14                                    STAN HOWARD

*Selman Breitman LLP*
*ATTORNEYS AT LAW*

483441.1  3R0.21688

2:08-CV-06647-DDP (PLAx)

J-5

# EXHIBIT K

## Rachel E. Hobbs

**From:** Rachel E. Hobbs
**Sent:** Tuesday, October 19, 2010 3:32 PM
**To:** 'crosners@dicksteinshapiro.com'
**Cc:** Alan B. Yuter; Denise L. Wise
**Subject:** FW: Scan from a Xerox 4112/4127

**Attachments:** img-X19152605-0001.pdf



**img-X191
0001.pdf (1.**

Shaun:

Per your request, attached is my signature page for the Joint Stipulation.  Please note that I forwarded the signature page for Stan Howard's Declaration to you via e-mail at about 2:30 this afternoon.  Please advise me immediately in the event that you did not receive Stan Howard's signature.

Thank you for agreeing to handle the entirety of the filing with respect to the Joint Stipulation, including Wausau and National's accompanying Declarations of Yuter, Hobbs and Howard and their Compendium of Legal Authorities.  Your professional courtesy and cooperation is appreciated.  Of course, if you have any questions regarding the foregoing, please let me know.

Very Truly Yours,

Rachel E Hobbs | Of Counsel | Selman Breitman LLP | 11766 Wilshire Blvd., Suite 600 | Los Angeles, CA 90025

direct: 310.689.7048 | fax: 310.473.2525 | email: rhobbs@selmanbreitman.com | web: www.selmanbreitman.com <http://www.selmanbreitman.com/>

This electronic message transmission contains information from the law firm of Selman Breitman LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by calling us collect at (310) 445-0800 or by electronic mail at support@selmanbreitman.com immediately and delete or destroy all copies of this transmission.


-----Original Message-----
From: 4112A [mailto:4112A@selmanbreitman.com]
Sent: Tuesday, October 19, 2010 3:26 PM
To: Rachel E. Hobbs
Subject: Scan from a Xerox 4112/4127

Please open the attached document.  It was scanned and sent to you using a Xerox 4112/4127.

Number of Images: 1
Attachment File Type: PDF

Device Name: 4112A
Device Location:

K-1

For more information on Xerox products and solutions, please visit http://www.xerox.com/

K-2

# EXHIBIT L

## Rachel E. Hobbs

| | |
|---|---|
| **From:** | Crosner, Shaun [CrosnerS@dicksteinshapiro.com] |
| **Sent:** | Tuesday, October 19, 2010 3:38 PM |
| **To:** | Rachel E. Hobbs |
| **Cc:** | Alan B. Yuter; Denise L. Wise |
| **Subject:** | RE: Scan from a Xerox 4112/4127 |

Thanks, Rachel.  I received everything that you sent today.

-Shaun

Shaun H. Crosner
Associate
Dickstein Shapiro LLP
2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Tel (310) 772-8344| Fax (310) 943-2415
crosners@dicksteinshapiro.com

-----Original Message-----
From: Rachel E. Hobbs [mailto:RHobbs@SelmanBreitman.com]
Sent: Tuesday, October 19, 2010 3:32 PM
To: Crosner, Shaun
Cc: Alan B. Yuter; Denise L. Wise
Subject: FW: Scan from a Xerox 4112/4127

Shaun:

Per your request, attached is my signature page for the Joint Stipulation.  Please note
that I forwarded the signature page for Stan Howard's Declaration to you via e-mail at
about 2:30 this afternoon.  Please advise me immediately in the event that you did not
receive Stan Howard's signature.

Thank you for agreeing to handle the entirety of the filing with respect to the Joint
Stipulation, including Wausau and National's accompanying Declarations of Yuter, Hobbs and
Howard and their Compendium of Legal Authorities.  Your professional courtesy and
cooperation is appreciated.  Of course, if you have any questions regarding the foregoing,
please let me know.

Very Truly Yours,

Rachel E Hobbs | Of Counsel | Selman Breitman LLP | 11766 Wilshire Blvd., Suite 600 | Los
Angeles, CA 90025

direct: 310.689.7048 | fax: 310.473.2525 | email: rhobbs@selmanbreitman.com | web:
www.selmanbreitman.com <http://www.selmanbreitman.com/>

This electronic message transmission contains information from the law firm of Selman
Breitman LLP which may be confidential or privileged. The information is intended to be
for the use of the individual or entity named above. If you are not the intended
recipient, be aware that any disclosure, copying distribution or use of the contents of
this information is prohibited. If you have received this electronic transmission in
error, please notify us by calling us collect at (310) 445-0800 or by electronic mail at
support@selmanbreitman.com immediately and delete or destroy all copies of this
transmission.

-----Original Message-----
From: 4112A [mailto:4112A@selmanbreitman.com]
Sent: Tuesday, October 19, 2010 3:26 PM
To: Rachel E. Hobbs
Subject: Scan from a Xerox 4112/4127

L-1

Please open the attached document.  It was scanned and sent to you using a Xerox 4112/4127.

Number of Images: 1
Attachment File Type: PDF

Device Name: 4112A
Device Location:

For more information on Xerox products and solutions, please visit http://www.xerox.com/


--------------------------------------------------------
This email message and any attached files are confidential and are intended solely for the use of the addressee(s)
named above. This communication may contain material protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person responsible for delivering this confidential
communication to the intended recipient, you have received this communication in error, and any review, use,
dissemination, forwarding, printing, copying, or other distribution of this email message and any attached files
is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created,
received, or sent on its network.  If you have received this confidential communication in error, please notify the
sender immediately by reply email message and permanently delete the original message.

To reply to our email administrator directly, send an email to
postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.dicksteinshapiro.com


================================================================================

L-2