Kirk A. Pasich (SBN 94242)
pasichk@dicksteinshapiro.com
Cassandra S. Franklin (SBN 119408)
franklinc@dicksteinshapiro.com
Shaun H. Crosner (SBN 259065)
crosners@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Attorneys for Defendants NEWS CORPORATION, FOX ENTERTAINMENT GROUP, INC., TWENTIETH CENTURY FOX FILM CORPORATION, TWENTIETH CENTURY FOX INTERNATIONAL TELEVISION, INC., NEW WORLD TELEVISION PRODUCTIONS, INC. AND NEW WORLD ENTERTAINMENT, LTD.

Alan B. Yuter (SBN 101534)
ayuter@selmanbreitman.com
Rachel E. Hobbs (SBN 186424)
rhobbs@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525

Attorneys for Plaintiffs/Defendants-in-Intervention EMPLOYERS INSURANCE OF WAUSAU, AND NATIONAL CASUALTY COMPANY, And for Defendant-in-Intervention FINANCIAL & PROFESSIONAL RISK SOLUTIONS, INC., formerly known as MEDIA/PROFESSIONAL INSURANCE AGENCY, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU and NATIONAL CASUALTY COMPANY,<br><br>        Plaintiffs,<br>v.<br><br>NEWS CORPORATION, FOX ENTERTAINMENT GROUP, INC., TWENTIETH CENTURY FOX FILM CORPORATION, TWENTIETH CENTURY FOX INTERNATIONAL TELEVISION, INC., NEW WORLD TELEVISION PRODUCTIONS, INC., NEW WORLD ENTERTAINMENT, LTD., and HISCOX INC.<br><br>        Defendants. | CASE NO.: CV08-6647 DDP (PLAx)<br><br>[Honorable Dean D. Pregerson]<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION**<br><br>Complaint Filed: July 31, 2008<br>Complaint Transferred: October 9, 2008<br>Trial Date: July 26, 2011 |

DICKSTEIN
SHAPIRO LLP

1

STIPULATION RE BRIEFING SCHEDULE

AND RELATED CROSS-ACTION.

Defendants News Corporation, Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth Century Fox International Television, Inc., New World Televisions Productions, Inc., and New World Entertainment, Ltd. (collectively, "New World") and Plaintiffs/Defendants-in-Intervention Employers Insurance of Wausau and National Casualty Company (collectively, the "Insurers") recite and stipulate as follows:

WHEREAS, New World and the Insurers (the "Parties") contemplate filing motions for summary judgment/adjudication to be decided by this Court;

WHEREAS, the Parties have agreed to file their respective motions on or before January 14, 2011; and

WHEREAS, the Parties have agreed that a joint briefing schedule is in the interest of all Parties.

ACCORDINGLY, the Parties hereby stipulate, through their respective counsel, that the Parties' respective motions for summary judgment/adjudication will be filed on or before January 14, 2011, and will be set to be heard on February 28, 2011, subject to the Court's schedule and calendar.

The Parties further stipulate to comply with the following agreed briefing schedule:

- The Parties' motions for summary judgment/adjudication, as well as any supporting documents, will be filed and served on or before January 14, 2011;
- The Parties' respective opposition briefs, as well as any supporting documents, will be filed and served on or before January 31, 2011; and
- The Parties' respective reply briefs, as well as any supporting documents, will be filed and served on or before February 14, 2011.

DICKSTEIN
SHAPIRO LLP

1    This stipulation may be executed in one or more counterparts, each of which
2  shall be deemed to be an original, but all of which together shall constitute one and the
3  same instrument. Facsimile or email signatures of any party upon the signature page
4  of this stipulation shall be binding upon the Parties hereto and may be submitted to the
5  Court as though such signatures were original signatures.

DATED: December 17, 2010      DICKSTEIN SHAPIRO LLP

By: _____
    Cassandra S. Franklin
    Shaun H. Crosner
    Attorneys for Defendants

DATED: December 17, 2010      SELMAN BREITMAN LLP

By: _____
    Alan B. Yuter
    Rachel E. Hobbs
    Attorneys for Plaintiffs/Defendants-in-
    Intervention

DICKSTEIN
SHAPIRO LLP

3

STIPULATION RE BRIEFING SCHEDULE